LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
    jessica.stebbinsbina@lw.com
10250 Constellation Blvd. Suite 1100
Los Angeles, CA  90067
Telephone: +1 424.653.5500
Facsimile:  +1 424.653.5501

Attorneys for Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP.; PACIFIC PIPELINE COMPANY; PACIFIC OFFSHORE PIPELINE COMPANY; EXXON MOBIL CORPORATION; MOBIL PACIFIC PIPELINE COMPANY, AND EXXONMOBIL PIPELINE COMPANY,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY BOARD OF SUPERVISORS and DOES 1-20,<br><br>Respondents/Defendants. | CASE NO. 2:25-cv-04165-MRA-AGR<br><br>**STIPULATION REGARDING BIFURCATION OF ISSUES AND BRIEFING SCHEDULE**<br><br>Complaint Filed: May 8, 2025 |

WHEREAS, on May 8, 2025, Petitioners and Plaintiffs Sable Offshore Corp. ("Sable Offshore"), Pacific Pipeline Company ("PPC"), and Pacific Offshore Pipeline Company ("POPCO") (collectively, "Sable") and Petitioners and Plaintiffs Exxon Mobil Corporation ("ExxonMobil"), Mobil Pacific Pipeline Company ("MPPC"), and ExxonMobil Pipeline Company ("EMPCo") (collectively, "ExxonMobil affiliates") (together with Sable, "Petitioners") filed a Verified Petition for Writ of Mandate and Complaint for Declaratory and Damages against Respondents and Defendants the County of Santa Barbara and Santa Barbara County Board of Supervisors ("County", and together with the Petitioners, the "Parties");

WHEREAS, the Parties believe that this case should be litigated in two phases;

WHEREAS, the Petitioners' first three causes of action related to writ of mandamus issues (the "Writ Issues") will involve the same administrative record and the determination of the Writ Issues is a threshold issue in this case;

WHEREAS, in the interest of judicial economy and efficiency, the Parties wish to try first the question of whether the Court will grant a writ of mandamus.

IT IS THEREFORE STIPULATED by and among the Parties to all actions, and jointly requested that the Court order that:

1. In furtherance of judicial economy and efficiency, the Parties shall first address and the Court shall first decide the Writ Issues ("Phase I"). The briefing schedule on the Writ Issues shall be as outlined in paragraph 6 below. The case shall be litigated in two phases and all disclosures and discovery related to the second phase shall be stayed pending resolution of the first.

2. Phase I will deal with the Writ Issues related to the Plaintiffs' first three causes of action: (i) petition for writ of mandate pursuant to California Code of Civil Procedure section 1085, (ii) petition for writ of mandate pursuant to California Code of Civil Procedure section 1085, and (iii) petition for writ of

administrative mandate pursuant to California Code of Civil Procedure section 1094.5.

3. On May 13, 2025, the County filed the certified administrative record with respect to the proceedings challenged by the writ petitions. The Parties anticipate that the administrative record will be the primary evidence for Phase I and that no additional discovery will be required. The Parties further agree to forgo initial disclosures related to Phase I.

4. The Parties agree that Phase I should be resolved by a motion for summary judgment and that a trial will likely not be necessary. No additional motion practice is anticipated for Phase I. All dates applicable to Phase I are stated in paragraph 6 below. The outcome of Phase I may resolve the case.

5. Phase II would include all the remaining causes of action, and the Parties will address a proposed schedule with respect to Phase II if and when it is needed.

6. The parties agree to the following schedule for Phase I:

| Matter | Joint Requested Date |
|---|---|
| Respondents/Defendants' Answer | June 3, 2025 |
| Petitioners/Plaintiffs' Motion for Summary Judgment with respect to Phase I issues | July 3, 2025 |
| Respondents/Defendants' Response to Petitioners/Plaintiffs' Motion for Summary Judgment | August 4, 2025 |
| Petitioners/Plaintiffs' Reply in Support of Motion for Summary Judgment | August 25, 2025 |

7. The parties agree that any Party, individually or collectively, may seek leave of the Court to change the foregoing dates for good cause.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CASE NO. 2:25-cv-04165-MRA-AGR
STIPULATION RE BIFURCATION AND
BRIEFING SCHEDULE

1  8. The Parties accordingly jointly request that the Court so order the foregoing.

Dated: May 16, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel.: (424) 653-5500
Fax: (424) 653-5501

Attorneys for Plaintiffs and Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company

O'MELVENY & MYERS LLP

By /s/ *Lauren Kaplan*
Lauren Kaplan
Dawn Sestito

Attorneys for Plaintiffs and Petitioners Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company

Respectfully submitted,

COUNTY OF SANTA BARBARA

By: /s/ *Callie Patton Kim*
Callie Patton Kim
ckim@countyofsb.org
County of Santa Barbara
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
Tel : (805) 568-2950
Fax : (805) 568-2982

*Attorneys for Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors*

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) I, Jessica Stebbins Bina, hereby attest that the signatories above whose signatures are indicate with and "/s/" concur in the filing's content and have authorized this filing.

Dated: May 16, 2025

By: /s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

5

CASE NO. 2:25-cv-04165-MRA-AGR
STIPULATION RE BIFURCATION AND
BRIEFING SCHEDULE