UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-4165-DMG (AGRx)** | Date | June 6, 2025 |
|---|---|---|---|
| Title | *Sable Offshore Corp., et al. v. County of Santa Barbara, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—SCHEDULING AND CASE MANAGEMENT ORDER (PHASE I)**

The Court has reviewed and considered the parties' stipulation regarding bifurcation of issues and briefing schedule. [Doc. # 17.] The parties shall comply with the attached Schedule for Phase I in this action. The Court bifurcates the action into two phases, as the parties have proposed. If this matter is not resolved on summary judgment, the Court will solicit further proposed deadlines for Phase II. The Scheduling Conference set for July 25, 2025, and all related dates and deadlines set forth in the Order Scheduling Meeting of Counsel, are **VACATED**. [Doc. # 22.]

The dates and requirements set forth in this Order are firm. The Court is unlikely to grant continuances, even if stipulated by the parties, unless the parties establish good cause through a proper showing.

The Court has established a cut-off date for the filing and service of motions for the Court's law and motion calendar. Counsel should consult the Initial Standing Order [Doc. # 20], provided at the commencement of this action, to determine the Court's requirements concerning motions. Counsel may also consult the Court's website at www.cacd.uscourts.gov/honorable-dolly-m-gee for further information regarding motion procedures.

**IT IS SO ORDERED**.

Judge Dolly M. Gee
**SCHEDULE FOR PHASE I**

Case No.: CV 25-4165-DMG (AGRx)     Title: Sable Offshore Corp., et al. v. County of Santa Barbara, et al.

| MATTER | COURT ORDERED DATE |
|---|---|
| **TRIAL**   [ ] Court   [ ] Jury<br>Duration Estimate: | n/a |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | n/a |

| MATTER | COURT ORDERED DATE |
|---|---|
| Respondents/Defendants' Answer | 6-3-25 |
| Petitioners/Plaintiffs' Motion for Summary Judgment w/r/t Phase I | 7-3-25 |
| Respondents/Defendants' Response to Petitioners/Plaintiffs' Motion for Summary Judgment | 8-4-25 |
| Petitioners/Plaintiffs' Reply in Support of Motion for Summary Judgment | 8-25-25 |
| Hearing on Cross-MSJs | 9-12-25 @ 2:00 p.m. |