SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents and Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP.; PACIFIC PIPELINE COMPANY; PACIFIC OFFSHORE PIPELINE COMPANY; EXXON MOBIL CORPORATION, MOBIL PACIFIC PIPELINE COMPANY, AND EXXONMOBIL PIPELINE COMPANY, | Case No: 2:25-cv-04165-DGM (AGRx) **RESPONDENTS AND DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY BOARD OF SUPERVISORS' STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENORS' MOTION TO INTERVENE [L.R. 7-9]** |
| Petitioners/Plaintiffs, v. COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY BOARD OF SUPERVISORS, and DOES 1-20, Respondents/Defendants. | Judge:  Hon. Dolly M. Gee Courtroom:  8C, First St. Courthouse Hearing Date:  July 11, 2025 Hearing Time:  9:30 a.m. |

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

- 1 -
RESPONDENTS/DEFENDANTS' STATEMENT OF NON-OPPOSITION TO INTERVENORS' MOTION TO INTERVENE

1    Respondents and Defendants COUNTY OF SANTA BARBARA and

2  SANTA BARBARA COUNTY BOARD OF SUPERVISORS, pursuant to Local

3  Rule 7-9, hereby state that they will not oppose the Proposed Intervenors' Motion

4  to Intervene (Docket No. 25).

5

6  Dated:  June 13, 2025                    Respectfully submitted,

7                                           RACHEL VAN MULLEM
                                            COUNTY COUNSEL
8

9                                           By: /S/ - Callie Patton Kim
                                                Callie Patton Kim
10                                               Senior Deputy County Counsel
                                            Attorneys for Respondents and Defendants,
11                                          COUNTY OF SANTA BARBARA and
                                            SANTA BARBARA COUNTY BOARD
12                                          OF SUPERVISORS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*SANTA BARBARA*
*COUNTY COUNSEL*
*105 E. Anapamu Street, #201*
*Santa Barbara, CA 93101*
*(805) 568-2950*

- 2 -
RESPONDENTS/DEFENDANTS' STATEMENT OF NON-OPPOSITION TO INTERVENORS' MOTION TO INTERVENE