LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

Attorneys for Petitioners and Plaintiffs Sable Offshore Corp. et al.

O'MELVENY & MYERS LLP
  Dawn Sestito (Bar No. 214011)
  *dsestito@omm.com*
  Lauren Kaplan (Bar No. 294703)
  *lkaplan@omm.com*
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: +1 213.430.6000
Facsimile: +1 213.430.6407

Attorneys for Petitioners and Plaintiffs Exxon Mobil Corporation et al.

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., et al. | CASE NO. 2:25-cv-04165-DMG-AGR |
| Petitioners/Plaintiffs, | **JOINT STIPULATION TO CONTINUE HEARING DATE** |
| v. | |
| COUNTY OF SANTA BARBARA, et al. | Judge: Hon. Dolly M. Gee<br>Hearing: July 11, 2025<br>Time: 9:30 a.m.<br>Place: Courtroom 8C |
| Respondents/Defendants, | |
| and | *[Filed concurrently with Declaration of Jessica Stebbins Bina and [Proposed] Order]* |
| ENVIRONMENTAL DEFENSE CENTER, et al. | |
| Proposed Defendants/Intervenors. | |

Pursuant to Local Rule 7-1, Petitioners Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company ("Petitioners"), Respondents County of Santa Barbara and Santa Barbara County Board of Supervisors ("Respondents"), Proposed Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper ("Proposed Intervenors") (Petitioners, Respondents, and Proposed Intervenors being, collectively, the "Parties"), hereby stipulate and jointly move as follows:

1. On June 12, 2025, Proposed Intervenors filed a Motion to Intervene (Dkt. 25, the "Intervention Motion"), which is scheduled to be heard by this Court on July 11, 2025.

2. Lead counsel for Petitioner Sable Offshore Corp. has a trial out of state scheduled for July 7 through July 11, 2025, and thus is scheduled to be in trial in another state on the same day as the hearing on the Intervention Motion.

3. On June 13, 2025, lead counsel for Petitioner Sable Offshore Corp. conferred with the other parties and requested a continuance of the hearing on the Intervention Motion due to the scheduling conflict.

4. On June 13, 2025, the Parties reached agreement to request a continuance of the Hearing on the Intervention Motion from July 11, 2025 at 9:30 a.m. to July 18, 2025 at 9:30 a.m.

5. Pursuant to Local Rule 7-11, on June 16, 2025, the Parties agreed that the opposition papers are due to be filed with the Court on June 26, 2025 and the reply papers are due to be filed with the Court on July 3, 2025.

6. The Parties submit that there is good cause to grant this continuance and appreciate the Court's consideration.

Dated: June 16, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/*Jessica Stebbins Bina*
Jessica Stebbins Bina
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel.: (424) 653-5500
Fax: (424) 653-5501

Attorney for Plaintiffs and Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company

Dated: June 16, 2025

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/*Lauren F. Kaplan*
Lauren F. Kaplan (Bar No. 294703)
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: +1 213.430.6000
Facsimile: +1 213.430.6407

Attorney for Petitioners and Plaintiffs Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company

Dated: June 16, 2025

Respectfully submitted,

SANTA BARBARA COUNTY COUNSEL

By: /s/*Callie Patton Kim*

|   |   |
|---|---|
| | Callie Patton Kim (Bar No. 257213) |
| | 105 East Anapamu Street, Suite 201 |
| | Santa Barbara, CA 93101 |
| | Telephone: +1 805.568.2950 |
| | Facsimile: +1 805.568.2982 |
| | |
| | Attorney for Respondents and Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors |

Dated: June 16, 2025                Respectfully submitted,

ENVIRONMENTAL DEFENSE CENTER

By: /s/*Linda Krop*
    Linda Krop (Bar No. 118773)
    906 Garden Street
    Santa Barbara, CA 93101
    Telephone: +1 805.963.1622
    Facsimile: +1 805.962.3152

Attorney for Proposed Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper

# ATTESTATION STATEMENT

I, Jessica Stebbins Bina, am the ECF User whose identification and password are being used to the file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jessica Stebbins Bina*
Jessica Stebbins Bina