RACHEL VAN MULLEM, COUNTY COUNSEL
CALLIE PATTON KIM, SR. DEPUTY (Bar No. 257213)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950  /  FAX: (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA and
COUNTY BOARD OF SUPERVISORS

*Exempt from Filing Fees [Gov. Code §6103]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP.; PACIFIC PIPELINE COMPANY; PACIFIC OFFSHORE PIPELINE COMPANY; EXXON MOBIL CORPORATION, MOBIL PACIFIC PIPELINE COMPANY, AND EXXONMOBIL PIPELINE COMPANY, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY BOARD OF SUPERVISORS, and DOES 1020, <br><br> Respondents/Defendants. | Case No: 2:25-cv-04165 <br><br> **RESPONDENTS AND DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY BOARD OF SUPERVISORS' NOTICE OF FILING AMENDED VOLUMES 12 AND 13 OF THE ADMINISTRATIVE RECORD** <br><br> Complaint Filed May 8, 2025 |

//

1.

**NOTICE OF FILING AMENDED VOLUMES 12 AND 13 OF THE ADMINISTRATIVE RECORD**

TO PETITIONERS/PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Respondents and Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors hereby file Amended Volumes 12 and 13 of the Administrative Record as follows:

1. Volume 12 is now divided into Volumes 12-1, 12-2, 12-3 and 12-4, due to document malformations found unexpectedly in the original Volume 12 filed with the Court.
2. Volume 13 is now divided into Volumes 13-1, 13-2, 13-3, 13-4, 13-5, 13-6 and 13-7 due to document malformations found unexpectedly in the original Volume 13 filed with the Court.
3. The Index of the Administrative Record remains the same as the Index filed on May 13, 2025 with the Notice of Filing of Administrative Record; Volumes 1-21 and is attached hereto.
4. The Certifications of the original Administrative Record, Volumes 1-21 remain the same and are therefore not being re-filed.

Dated: June 18, 2025

RACHEL VAN MULLEM
COUNTY COUNSEL

By: /S/ - Callie Patton Kim
    Callie Patton Kim
    Senior Deputy County Counsel
Attorneys for Respondents and Defendants,
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

2.
**NOTICE OF FILING AMENDED VOLUMES 12 AND 13 OF THE ADMINISTRATIVE RECORD**

*Sable v. County of Santa Barbara*

Case No. 2:25-cv-04165

<u>INDEX TO ADMINISTRATIVE RECORD</u>

| 1. Planning Commission Materials From October 30, 2024 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2024-10-30 | Agenda | COSB AR000001-AR000004 |
| Various | Noticing Documents | COSB AR000005-AR000014 |
| 2024-10-22 | Staff Report | COSB AR000015-AR000067 |
| 2024-10-30 | Attachment A – Findings | COSB AR000068-AR000180 |
| 2024-10-30 | Attachment B1 – Conditions of Approval (SYI FDP Permit 87-DP-32cz RV06) | COSB AR000081-AR000160 |
| 2024-10-30 | Attachment B2 – Conditions of Approval (POPCO Gas Plant FDP Permit) | COSB AR000161-AR000187 |
| 2024-10-30 | Attachment B3 – Conditions of Approval (Las Flores Pipeline System FDP) | COSB AR000188-AR000236 |
| 2024-10-22 | Attachment C – CEQA Notice of Exemption | COSB AR000237-AR000239 |
| 2024-03-14 | Attachment D - 25B Permit Amendment Applications | COSB AR000240-AR000312 |
| 2024-07-01 | Attachment E1 – Transition Plans (SYU-POPCO) | COSB AR000313-AR000328 |
| 2024-07-01 | Attachment E2 – Transition Plans (Las Flores Pipeline) System) | COSB AR000329-AR000343 |
| 2024-02-01 | Attachment F – Compliance Plans | COSB AR000344-AR000344 |
| | - Las Flores Pipeline Integrated Contingency Plan _redacted (1) | COSB AR000345-AR000633 |
| | - Las Flores Pipeline Noise Monitoring and Control Plan Redacted (2) | COSB AR000634-AR000640 |
| | - Las Flores Pipeline Pump Station Fire Protection Plan_Redacted (3) | COSB AR000641-AR000670 |
| | - Las Flores Pipeline SIMQAP REDACTED (4) | COSB AR000671-AR000745 |
| | - Las Flores Pipeline Site Security Plan_Redacted (5) | COSB AR000746-AR000749 |
| | - SYU City of Santa Barbara Harbor Use Plan (6) | COSB AR000750-AR000775 |
| | - SYU Groundwater Monitoring Plan (7) | COSB AR000776-AR000799 |
| | - Integrated Noise Monitoring Plan Redacted (8) | COSB AR000800-AR000901 |
| | - SYU POPCO ERP Redacted (9) | COSB AR000902-AR001282 |
| | - SYU POPCO Fire Protection Plan_Redacted (10) | COSB AR001283-AR001518 |
| | - SYO POPCO NGL Inventory Management Plan Redacted (11) | COSB AR001519-AR001520 |
| | - SYU POPCO Preservation Task List Redacted (12) | COSB AR001521-AR001528 |
| | - SYU POPCO SIMQAP redacted (13) | COSB AR001529-AR001572 |
| | - SYI Security Control Plan Redacted (14) | COSB AR001573-AR001683 |
| | - SYU TRMPP (15) | COSB AR001684-AR001696 |
| 2024-09-11 | Attachment G - Certificates of Insurance | COSB AR001697-AR001700 |
| 2024-10-03 | Attachment H – Certificates of Financial Responsibility | COSB AR001701-AR001703 |
| 2024-10-22 | Applicant Submittal | COSB AR001704-AR001722 |
| 2024-10-24 | Public Comment Letters | |

| 1. Planning Commission Materials From October 30, 2024 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| | -     Public Comment Letter 1 | COSB AR001723-AR001758 |
| | -     Public Comment Letter 2 | COSB AR001759-AR001772 |
| | -     Public Comment Letter 3 | COSB AR001773-AR001844 |
| | -     Public Comment Letter 4 | COSB AR001845-AR001850 |
| | -     Public Comment Letter 5 | COSB AR001851-AR001861 |
| | -     Public Comment Letter 6 | COSB AR001862-AR001866 |
| | -     Public Comment Letter 7 | COSB AR001867-AR001972 |
| 2024-10-30 | Presentations | |
| | -      Staff Presentation | COSB AR001973-AR001985 |
| | -      Applicant Presentation | COSB AR001986-AR002004 |
| | -      EIR | COSB AR002005-AR002005 |
| | -      Slide | COSB AR002006-AR002006 |
| 2024-10-30 | Minutes | COSB AR002007-AR002009 |
| 2024-11-13 | Minutes | COSB AR002010-AR002013 |

| 2. Board of Supervisors Materials from February 4, 2025 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2025-02-04 | Agenda | COSB AR002014-AR002032 |
| 2024-02-04 | Noticing | COSB AR002033-AR002046 |
| 2024-02-04 | Board Letter | COSB AR002047-AR002049 |
| 2024-11-05 | Attachment A1 – CBD Appeal Letter | COSB AR002050-AR002057 |
| 2024-11-07 | Attachment A2 – EDC Appeal Letter | COSB AR002058-AR002169 |
| 2024-10-30 | Attachment B – Planning Commission Action Letter | COSB AR002170-AR002340 |
| 2024-10-22 | Attachment C – Planning Commission Staff Report | COSB AR002341-AR002673 |
| 2024-10-24 | Attachment  D - Public Comment Record | COSB AR002674-AR002923 |
| 2024-12-17 | Attachment E – Facilitation Report | COSB AR002924-AR002924 |
| 2024-02-04 | Minute Order | COSB AR002925-AR002926 |

| 3. Board of Supervisor Materials From February 24, 2025 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2024-02-25 | Agenda | COSB AR002927-AR002952 |
| 2025-02-25 | Board Letter | COSB AR002953-AR002969 |
| 2025-02-25 | Attachment A – Findings | COSB AR002970-AR002986 |
| 2025-02-25 | Attachment B – Conditions of Approval (B-1) | COSB AR002987-AR003067 |
| 2025-02-25 | Attachment B - Conditions of Approval (B-2) - POPCO Gas Plant FDP Permit No. 93-FDP-015 AM03 | COSB AR003068-AR003093 |
| 2025-02-25 | Attachment B - Conditions of Approval (B-3) - Las Flores Pipeline FDP Permit No. 88-DPF-033 | COSB AR003094-AR003142 |
| 2025-02-25 | Attachment C - CEQA Notice of Exemption | COSB AR003143-AR003145 |
| 2025-02-21 | Appellant Comment Letter - Center for Biological Diversity | COSB AR003146-AR003181 |
| 2025-02-18 | Appellant Exhibit - Center for Biological Diversity (1) | COSB AR003182-AR003195 |

| | | |
|---|---|---|
| 2025 | Appellant Exhibit - Center for Biological Diversity (2) | COSB AR003196-AR003198 |
| 2025-02-25 | Appellant Comment Letter - Environmental Defense Center | COSB AR003199-AR003472 |
| 2025-02-21 | Appellant Accufacts, Inc. Report - Environmental Defense Center | COSB AR003473-AR003484 |
| 2025-02-21 | Appellant Economic Analysis - Environmental Defense Center | COSB AR003485-AR003493 |
| 2025-02-18 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 1 | COSB AR003494-AR003790 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 2 | COSB AR003791-AR004014 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 3 | COSB AR004015-AR004384 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 4 | COSB AR004385-AR004544 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 5 | COSB AR004545-AR004691 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation- Volume 6 | COSB AR004692-AR005025 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 7 | COSB AR005026-AR005178 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 8 | COSB AR005179-AR005232 |
| 2025-02-21 | Applicant Appeal Response | COSB AR005233-AR005257 |
| 2023-09-21 | Applicant Exhibits | COSB AR005258-AR006102 |
| 2025-01-20 | Public Comment - Group 1 | COSB AR006103-AR006124 |
| 2025-02-19 | Public Comment - Group 2 | COSB AR006125-AR006176 |
| 2025-02-20 | Public Comment - Group 3 | COSB AR006177-AR006252 |
| 2025-02-21 | Public Comment - Group 4 | COSB AR006253-AR006425 |
| 2025-02-24 | Public Comment - Group 5 | COSB AR006426-AR006498 |
| 2025-02-24 | Public Comment - Group 6 | COSB AR006499-AR006500 |
| 2025-02-25 | Public Comment - Group 7 | COSB AR006501-AR006509 |
| 2025-02-19 | Public Comment - City of Buellton | COSB AR006510-AR006512 |
| 2025-02-11 | Public Comment - City of Goleta | COSB AR006513-AR006516 |
| 2025-02-19 | Public Comment - City of Santa Barbara | COSB AR006517-AR006519 |
| 2025-02-21 | Public Comment - WE Watch | COSB AR006520-AR006521 |
| 2025-02-21 | Public Comment - Gray Panthers Santa Barbara Network | COSB AR006522-AR006523 |
| 2025-02-21 | Public Comment - Live Oak Unitarian Universalist Congregation of Goleta Social Justice Ministry | COSB AR006524-AR006525 |
| 2025-02-24 | Public Comment - Santa Barbara South Coast Chamber of Commerce | COSB AR006526-AR006527 |
| 2025-02-24 | Public Comment - Exxon Mobil | COSB AR006528-AR006529 |
| 2025-02-24 | Public Comment - Law Office of Janean Acevedo Daniels | COSB AR006530-AR006531 |
| 2025-02-25 | Staff Memorandum - Public Comment Not Considered or Accepted into the Official Record | COSB AR006532-AR006594 |
| 2025-02-25 | Staff Presentation | COSB AR006595-AR006615 |
| 2025-02-25 | Appellant Presentation - Center for Biological Diversity | COSB AR006616-AR006628 |
| 2025-02-21 | Appellant Presentation - Environmental Defense Center | COSB AR006629-AR006647 |
| 2025-02-25 | Applicant Presentation | COSB AR006648-AR006667 |
| 2025-02-25 | Speaker Slips | COSB AR006668-AR006752 |

| | | |
|---|---|---|
| 2025-02-25 | Minute Order | COSB AR006753-AR006755 |
| 2025-02-25 | Memo: Planning Project/Appeal Hearing Time Estimate | COSB AR006756-AR006758 |
| 2025-02-25 | Memo: Departmental Presenter List | COSB AR006759-AR006759 |

| 4. Board of Supervisors Materials from Closed Session on April 16, 2025 | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2025-04-16 | Closed Session Agenda, 04-16-2025 | COSB AR006760-AR006767 |
| 2025-04-16 | Closed Session Agenda, 04-16-2025 – Attachment | COSB AR006768-AR006770 |
| 2025-02-26 | Applicant Letter to Santa Barbara County Planning Director | COSB AR006771-AR006773 |
| 2025-03-01 | Appellant EDC Letter to Board of Supervisors | COSB AR006774-AR006778 |
| 2025-04-17 | Closed Session Minutes, 04-17-2025 | COSB AR006779-AR006786 |

| 5. Transcripts | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2024-10-30 | Transcript of Planning Commission Hearing on October 30, 2024. | COSB AR006787-AR006939 |
| 2025-02-25 | Transcript of Board of Supervisors Hearing on February 25, 2025. | COSB AR006940-AR007207 |
| 2025-02-26 | Transcript of Planning Commission Hearing on February 26, 2025. | COSB AR007208-AR007221 |