UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., et al.<br><br>　　Petitioners/Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, et al.<br><br>　　Respondents/Defendants,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>　　Proposed Defendants/ Intervenors. | No. CV 25-04165-DMG (AGRx)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING DATE ON THE MOTION TO INTERVENE [27[** |

The parties and Proposed Intervenors filed a Joint Stipulation to continue the hearing date scheduled for the motion to intervene. [Doc. # 27.] The Joint Stipulation is **APPROVED**. The reply papers are due to be filed with the Court on **July 3, 2025**, at which point the motion shall be taken under submission since the Court finds the matter is appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. Local Rule 7-15. Accordingly, the hearing on the motion to intervene set for July 11, 2025 is **VACATED**.

**IT IS SO ORDERED.**

DATED: June 24, 2025

_____
DOLLY M. GEE
Chief United States District Judge