DAWN SESTITO (S.B. #214011)
dsestito@omm.com
LAUREN KAPLAN (S.B. #294703)
lkaplan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Petitioners and Plaintiffs Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., et al.,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>Respondents/Defendants. | Case No. 2:25-cv-04165<br><br>**JOINT STIPULATION REGARDING EVIDENCE SUBMITTED IN SUPPORT OF OR IN OPPOSITION TO PETITIONERS' SUMMARY JUDGMENT MOTION**<br><br>Judge: Hon. Dolly M. Gee<br>Hearing: September 12, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 8C<br><br>*[Filed concurrently with Proposed order]* |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7-1 and Initial Standing Order Rule 5(d)(ii), Petitioners Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company ("Petitioners") and Respondents County of Santa Barbara and Santa Barbara County Board of Supervisors ("Respondents") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS on June 6, 2025, the Court bifurcated this matter into two phases, as proposed by the Parties (Dkt. 24);

WHEREAS during Phase I, Petitioners are expected to file a Motion for Summary Judgment addressing Petitioners' first three causes of action for Petition for Writ of Administrative Mandate pursuant to California Code of Civil Procedure (the "Motion");

WHEREAS Petitioners will file the Motion on July 3, 2025 and will file a Reply in support of the Motion on August 25, 2025;

WHEREAS Respondents will file a Response to the Motion on August 4, 2025;

WHEREAS in such an action for purposes of Phase I, the Court does not utilize the standard analysis for determining whether a genuine issue of material fact exists;

WHEREAS in such an action for purposes of Phase I, the Court's function "is to determine whether or not as a matter of law the evidence in the administrative record permitted [Respondents] to make the decision it did." *Occidental Eng'g Co. v. I.N.S.*, 753 F.2d 766, 769 (9th Cir. 1985);

WHEREAS the administrative record in this matter was filed with the Court on May 13, 2025 (Dkt. 13) and June 18, 2025 (Dkt. 28) (the "Record") and may be augmented further upon order of the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Petitioners and Respondents, by and through their respective counsel, as follows: The Parties shall rely on the Record as evidence in support of or in opposition to the Motion, and need not re-submit excerpts of the Record with their briefing.  To the extent that the Court desires copies of excerpts of the Record relied on by the Parties after the completion of briefing on the Motion, the Parties can prepare and file a joint submission with said excerpts.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  July 1, 2025                    Respectfully submitted,

O'MELVENY & MYERS LLP

By:   /s/ *Lauren Kaplan*
       Lauren Kaplan

*Attorney for Petitioners and Plaintiffs*
Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company

| | | |
|---|---|---|
| Dated: July 1, 2025 | | Respectfully submitted, |
| | | LATHAM & WATKINS LLP |
| | | By: /s/ *Jessica Stebbins Bina* |
| | |       Jessica Stebbins Bina |
| | | *Attorney for Petitioners and Plaintiffs* Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company |
| Dated: July 1, 2025 | | Respectfully submitted, |
| | | SANTA BARBARA COUNTY COUNSEL |
| | | By: /s/ *Callie Patton Kim* |
| | |       Callie Patton Kim |
| | | *Attorney for Respondents and Defendants* County of Santa Barbara and Santa Barbara County Board of Supervisors |

## ATTESTATION STATEMENT

I, Lauren Kaplan, am the ECF User whose identification and password are being used to the file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2025                                By:   /s/ *Lauren Kaplan*
                                                         Lauren Kaplan