RACHEL VAN MULLEM, COUNTY COUNSEL
CALLIE PATTON KIM, SR. DEPUTY (Bar No. 257213)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950  /  FAX: (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SABLE OFFSHORE CORP.; PACIFIC PIPELINE COMPANY; PACIFIC OFFSHORE PIPELINE COMPANY; EXXON MOBIL CORPORATION, MOBIL PACIFIC PIPELINE COMPANY, AND EXXONMOBIL PIPELINE COMPANY,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, COUNTY OF SANTA BARBARA BOAD OF SUPERVISORS, and DOES 1 through 20,<br><br>    Respondents/Defendants | Case No. 2:25-cv-04165-DMG<br><br>**RESPONDENT AND DEFENDANT SANTA BARBARA COUNTY BOARD OF SUPERVISORS' NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD** |
|---|---|

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

1.
**NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

TO PETITIONERS/PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Respondents and Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors hereby files the Supplemental Administrative Record, Volume 22, COSB AR Bates Nos. 07222-007224 and COSB AR Bates Nos. 007225-007228 in this matter.

Dated: July 2, 2025  RACHEL VAN MULLEM
 COUNTY COUNSEL

 By: /S/ - Callie Patton Kim
  Callie Patton Kim
  Senior Deputy County Counsel
 Attorneys for Respondents and Defendants,
 COUNTY OF SANTA BARBARA and
 SANTA BARBARA COUNTY
 BOARD OF SUPERVISORS

**NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

*Sable v. County of Santa Barbara*

Case No. 2:25-cv-04165-DMG

INDEX TO ADMINISTRATIVE RECORD

| 1. Planning Commission Materials From October 30, 2024 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2024-10-30 | Agenda | COSB AR000001-AR000004 |
| Various | Noticing Documents | COSB AR000005-AR000014 |
| 2024-10-22 | Staff Report | COSB AR000015-AR000067 |
| 2024-10-30 | Attachment A – Findings | COSB AR000068-AR000180 |
| 2024-10-30 | Attachment B1 – Conditions of Approval (SYI FDP Permit 87-DP-32cz RV06) | COSB AR000081-AR000160 |
| 2024-10-30 | Attachment B2 – Conditions of Approval (POPCO Gas Plant FDP Permit) | COSB AR000161-AR000187 |
| 2024-10-30 | Attachment B3 – Conditions of Approval (Las Flores Pipeline System FDP) | COSB AR000188-AR000236 |
| 2024-10-22 | Attachment C – CEQA Notice of Exemption | COSB AR000237-AR000239 |
| 2024-03-14 | Attachment D - 25B Permit Amendment Applications | COSB AR000240-AR000312 |
| 2024-07-01 | Attachment E1 – Transition Plans (SYU-POPCO) | COSB AR000313-AR000328 |
| 2024-07-01 | Attachment E2 – Transition Plans (Las Flores Pipeline) System) | COSB AR000329-AR000343 |
| 2024-02-01 | Attachment F – Compliance Plans | COSB AR000344-AR000344 |
| | - Las Flores Pipeline Integrated Contingency Plan _redacted (1) | COSB AR000345-AR000633 |
| | - Las Flores Pipeline Noise Monitoring and Control Plan Redacted (2) | COSB AR000634-AR000640 |
| | - Las Flores Pipeline Pump Station Fire Protection Plan_Redacted (3) | COSB AR000641-AR000670 |
| | - Las Flores Pipeline SIMQAP REDACTED (4) | COSB AR000671-AR000745 |
| | - Las Flores Pipeline Site Security Plan_Redacted (5) | COSB AR000746-AR000749 |
| | - SYU City of Santa Barbara Harbor Use Plan (6) | COSB AR000750-AR000775 |
| | - SYU Groundwater Monitoring Plan (7) | COSB AR000776-AR000799 |
| | - Integrated Noise Monitoring Plan Redacted (8) | COSB AR000800-AR000901 |
| | - SYU POPCO ERP Redacted (9) | COSB AR000902-AR001282 |
| | - SYU POPCO Fire Protection Plan_Redacted (10) | COSB AR001283-AR001518 |
| | - SYO POPCO NGL Inventory Management Plan Redacted (11) | COSB AR001519-AR001520 |
| | - SYU POPCO Preservation Task List Redacted (12) | COSB AR001521-AR001528 |
| | - SYU POPCO SIMQAP redacted (13) | COSB AR001529-AR001572 |
| | - SYI Security Control Plan Redacted (14) | COSB AR001573-AR001683 |
| | - SYU TRMPP (15) | COSB AR001684-AR001696 |
| 2024-09-11 | Attachment G - Certificates of Insurance | COSB AR001697-AR001700 |
| 2024-10-03 | Attachment H – Certificates of Financial Responsibility | COSB AR001701-AR001703 |
| 2024-10-22 | Applicant Submittal | COSB AR001704-AR001722 |
| 2024-10-24 | Public Comment Letters | |

1

| 1. Planning Commission Materials From October 30, 2024 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| | -     Public Comment Letter 1 | COSB AR001723-AR001758 |
| | -     Public Comment Letter 2 | COSB AR001759-AR001772 |
| | -     Public Comment Letter 3 | COSB AR001773-AR001844 |
| | -     Public Comment Letter 4 | COSB AR001845-AR001850 |
| | -     Public Comment Letter 5 | COSB AR001851-AR001861 |
| | -     Public Comment Letter 6 | COSB AR001862-AR001866 |
| | -     Public Comment Letter 7 | COSB AR001867-AR001972 |
| 2024-10-30 | Presentations | |
| | -     Staff Presentation | COSB AR001973-AR001985 |
| | -     Applicant Presentation | COSB AR001986-AR002004 |
| | -     EIR | COSB AR002005-AR002005 |
| | -     Slide | COSB AR002006-AR002006 |
| 2024-10-30 | Minutes | COSB AR002007-AR002009 |
| 2024-11-13 | Minutes | COSB AR002010-AR002013 |

| 2. Board of Supervisors Materials from February 4, 2025 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2025-02-04 | Agenda | COSB AR002014-AR002032 |
| 2024-02-04 | Noticing | COSB AR002033-AR002046 |
| 2024-02-04 | Board Letter | COSB AR002047-AR002049 |
| 2024-11-05 | Attachment A1 – CBD Appeal Letter | COSB AR002050-AR002057 |
| 2024-11-07 | Attachment A2 – EDC Appeal Letter | COSB AR002058-AR002169 |
| 2024-10-30 | Attachment B – Planning Commission Action Letter | COSB AR002170-AR002340 |
| 2024-10-22 | Attachment C – Planning Commission Staff Report | COSB AR002341-AR002673 |
| 2024-10-24 | Attachment  D - Public Comment Record | COSB AR002674-AR002923 |
| 2024-12-17 | Attachment E – Facilitation Report | COSB AR002924-AR002924 |
| 2024-02-04 | Minute Order | COSB AR002925-AR002926 |

| 3. Board of Supervisor Materials From February 24, 2025 Hearing | | |
|---|---|---|
| **Date** | **Document** | **Bates No.** |
| 2024-02-25 | Agenda | COSB AR002927-AR002952 |
| 2025-02-25 | Board Letter | COSB AR002953-AR002969 |
| 2025-02-25 | Attachment A – Findings | COSB AR002970-AR002986 |
| 2025-02-25 | Attachment B – Conditions of Approval (B-1) | COSB AR002987-AR003067 |
| 2025-02-25 | Attachment B - Conditions of Approval (B-2) - POPCO Gas Plant FDP Permit No. 93-FDP-015 AM03 | COSB AR003068-AR003093 |
| 2025-02-25 | Attachment B - Conditions of Approval (B-3) - Las Flores Pipeline FDP Permit No. 88-DPF-033 | COSB AR003094-AR003142 |
| 2025-02-25 | Attachment C - CEQA Notice of Exemption | COSB AR003143-AR003145 |
| 2025-02-21 | Appellant Comment Letter - Center for Biological Diversity | COSB AR003146-AR003181 |
| 2025-02-18 | Appellant Exhibit - Center for Biological Diversity (1) | COSB AR003182-AR003195 |

| | | |
|---|---|---|
| 2025 | Appellant Exhibit - Center for Biological Diversity (2) | COSB AR003196-AR003198 |
| 2025-02-25 | Appellant Comment Letter - Environmental Defense Center | COSB AR003199-AR003472 |
| 2025-02-21 | Appellant Accufacts, Inc. Report - Environmental Defense Center | COSB AR003473-AR003484 |
| 2025-02-21 | Appellant Economic Analysis - Environmental Defense Center | COSB AR003485-AR003493 |
| 2025-02-18 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 1 | COSB AR003494-AR003790 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 2 | COSB AR003791-AR004014 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 3 | COSB AR004015-AR004384 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 4 | COSB AR004385-AR004544 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 5 | COSB AR004545-AR004691 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation- Volume 6 | COSB AR004692-AR005025 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 7 | COSB AR005026-AR005178 |
| 2025-02-19 | Appellant References - Center for Biological Diversity & Wishtoyo Foundation - Volume 8 | COSB AR005179-AR005232 |
| 2025-02-21 | Applicant Appeal Response | COSB AR005233-AR005257 |
| 2023-09-21 | Applicant Exhibits | COSB AR005258-AR006102 |
| 2025-01-20 | Public Comment - Group 1 | COSB AR006103-AR006124 |
| 2025-02-19 | Public Comment - Group 2 | COSB AR006125-AR006176 |
| 2025-02-20 | Public Comment - Group 3 | COSB AR006177-AR006252 |
| 2025-02-21 | Public Comment - Group 4 | COSB AR006253-AR006425 |
| 2025-02-24 | Public Comment - Group 5 | COSB AR006426-AR006498 |
| 2025-02-24 | Public Comment - Group 6 | COSB AR006499-AR006500 |
| 2025-02-25 | Public Comment - Group 7 | COSB AR006501-AR006509 |
| 2025-02-19 | Public Comment - City of Buellton | COSB AR006510-AR006512 |
| 2025-02-11 | Public Comment - City of Goleta | COSB AR006513-AR006516 |
| 2025-02-19 | Public Comment - City of Santa Barbara | COSB AR006517-AR006519 |
| 2025-02-21 | Public Comment - WE Watch | COSB AR006520-AR006521 |
| 2025-02-21 | Public Comment - Gray Panthers Santa Barbara Network | COSB AR006522-AR006523 |
| 2025-02-21 | Public Comment - Live Oak Unitarian Universalist Congregation of Goleta Social Justice Ministry | COSB AR006524-AR006525 |
| 2025-02-24 | Public Comment - Santa Barbara South Coast Chamber of Commerce | COSB AR006526-AR006527 |
| 2025-02-24 | Public Comment - Exxon Mobil | COSB AR006528-AR006529 |
| 2025-02-24 | Public Comment - Law Office of Janean Acevedo Daniels | COSB AR006530-AR006531 |
| 2025-02-25 | Staff Memorandum - Public Comment Not Considered or Accepted into the Official Record | COSB AR006532-AR006594 |
| 2025-02-25 | Staff Presentation | COSB AR006595-AR006615 |
| 2025-02-25 | Appellant Presentation - Center for Biological Diversity | COSB AR006616-AR006628 |
| 2025-02-21 | Appellant Presentation - Environmental Defense Center | COSB AR006629-AR006647 |
| 2025-02-25 | Applicant Presentation | COSB AR006648-AR006667 |
| 2025-02-25 | Speaker Slips | COSB AR006668-AR006752 |

| 2025-02-25 | Minute Order | COSB AR006753-AR006755 |
| 2025-02-25 | Memo: Planning Project/Appeal Hearing Time Estimate | COSB AR006756-AR006758 |
| 2025-02-25 | Memo: Departmental Presenter List | COSB AR006759-AR006759 |

| 4. Board of Supervisors Materials from Closed Session on April 16, 2025 | | |
|---|---|---|
| Date | Document | Bates No. |
| 2025-04-16 | Closed Session Agenda, 04-16-2025 | COSB AR006760-AR006767 |
| 2025-04-16 | Closed Session Agenda, 04-16-2025 – Attachment | COSB AR006768-AR006770 |
| 2025-02-26 | Applicant Letter to Santa Barbara County Planning Director | COSB AR006771-AR006773 |
| 2025-03-01 | Appellant EDC Letter to Board of Supervisors | COSB AR006774-AR006778 |
| 2025-04-17 | Closed Session Minutes, 04-17-2025 | COSB AR006779-AR006786 |

| 5. Transcripts | | |
|---|---|---|
| Date | Document | Bates No. |
| 2024-10-30 | Transcript of Planning Commission Hearing on October 30, 2024. | COSB AR006787-AR006939 |
| 2025-02-25 | Transcript of Board of Supervisors Hearing on February 25, 2025. | COSB AR006940-AR007207 |
| 2025-02-26 | Transcript of Planning Commission Hearing on February 26, 2025. | COSB AR007208-AR007221 |

| 6. Supplemental Administrative Record | | |
|---|---|---|
| Date | Document | Bates No. |
| 2025-03-03 | Letter from Lisa Plowman regarding Appeals of the Planning Commission Approval of the Sable Offshore Corporation Change of Owner, Operator, and Guarantor of the Santa Ynez Unit, POPCO Gas Plant, and Las Flores Pipeline Final Development Plan Permits. Case Nos. 24APL-00025 and 24APL-00026 | COSB AR007222-AR007224 |
| 2025-03-07 | EDC Response to Sable Offshore Corp. February 26, Letter Regarding Board of Supervisors' Tie Vote on the Change of Owner, Operator, and Guarantor (File No. 25-00144) | COSB AR007225-AR007228 |