LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  jessica.stebbinsbina@lw.com
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

Attorneys for Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company

O'MELVENY & MYERS LLP
  Dawn Sestito (Bar No. 214011)
  dsestito@omm.com
  Lauren Kaplan (Bar No. 294703)
  lkaplan@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: +1 213.430.6000
Facsimile: +1 213.430.6407

Attorneys for Petitioners and Plaintiffs Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP. et al.,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA et al.,<br><br>Respondents/Defendants. | CASE NO. 2:25-cv-04165-DMG-AGR<br><br>**PETITIONERS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: May 8, 2025<br><br>Date:  September 12, 2025<br>Time:  2:00 p.m.<br>Ctrm.:  8C<br>Judge:  Dolly M. Gee |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:25-cv-04165-DMG-AGR
PETITIONERS' NOTICE OF MOTION
FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 12, 2025 at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Dolly M. Gee Court in Courtroom 8C of the U.S. District Court, Central District, Western Division of California, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Petitioners and Plaintiffs Sable Offshore Corp. ("Sable Offshore"), Pacific Pipeline Company ("PPC"), and Pacific Offshore Pipeline Company ("POPCO") (collectively, "Sable"), Exxon Mobil Corporation ("ExxonMobil"), Mobil Pacific Pipeline Company ("MPPC"), and ExxonMobil Pipeline Company ("EMPCo") (collectively, "ExxonMobil affiliates") (together with Sable, "Petitioners") will and do hereby move the Court for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Petitioners make this motion based on this Notice of Motion, and the concurrently filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, [Proposed] Order, the Administrative Record for this matter filed by Respondents and Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors (collectively, the "Respondents") on May 13, 2025 as supplemented by Respondents on June 18, 2025 and July 2, 2025, Petitioners' Request for Judicial Notice, Declaration of Jessica Stebbins Bina in Support of Petitioners' Request for Judicial Notice, [Proposed] Order on Petitioners' Request for Judicial Notice, as well as all of the pleadings, evidence, records, and other papers on file in this action, the further written and oral arguments of counsel, and such other or further argument or evidence as may be presented to the Court at or before the hearing.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 2:25-cv-04165-DMG-AGR
PETITIONERS' NOTICE OF MOTION
FOR SUMMARY JUDGMENT

Dated: July 3, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina
jessica.stebbinsbina@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

Attorneys for Plaintiffs and Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company

O'MELVENY & MYERS LLP

By: /s/ *Lauren Kaplan*
Lauren Kaplan (Bar No. 294703)
lkaplan@omm.com
Dawn Sestito (Bar No. 214011)
dsestito@omm.com
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: +1 213.430.6000
Facsimile: +1 213.430.6407

Attorneys for Petitioners and Plaintiffs Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

3

CASE NO. 2:25-cv-04165-DMG-AGR
PETITIONERS' NOTICE OF MOTION
FOR SUMMARY JUDGMENT

# ATTESTATION STATEMENT

I, Jessica Stebbins Bina, am the ECF User whose identification and password are being used to file this Petitioners' Notice of Motion for Summary Judgment. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Jessica Stebbins Bina*
Jessica Stebbins Bina

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

4

CASE NO. 2:25-cv-04165-DMG-AGR
PETITIONERS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT