**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SABLE OFFSHORE CORP., et al.,<br><br>　　　　Petitioners/Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA, et al.,<br><br>　　　　Respondents/Defendants. | Case No. CV 25-04165-DMG (AGRx)<br><br>**ORDER RE JOINT STIPULATION TO AUGMENT THE ADMINISTRATIVE RECORD [32]** |

Upon consideration of the Parties' Joint Stipulation to add two documents to the Administrative Record "that should have been included in the Administrative Record" [Doc. # 32], and good cause having been shown, the Court hereby **APPROVES** the joint stipulation and grants Respondents/Defendants leave *nunc pro tunc* to augment the administrative record. The augment to the Administrative Record, and notices related to the augment, consist of the following:

1. The Notice of Filing Supplemental Administrative Record [Doc. # 33];
2. The Supplemental Administrative Record Volume 22, COSB AR Bates Nos. 007222-007224 and COSB AR Bates Nos. 007225-007228 [Doc. # 33-1]; and,
3. The Notice of Certification of Supplemental Record [Doc. # 34].

**IT IS SO ORDERED.**

DATED: July 11, 2025

_____
DOLLY M. GEE
Chief United States District Judge