1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 SABLE OFFSHORE CORP., et al., | Case No. CV 25-04165-DMG (AGRx)

Petitioners/Plaintiffs,

12

13 v. | **ORDER RE JOINT STIPULATION RELATING TO EVIDENCE SUBMITTED IN SUPPORT OF OR IN OPPOSITION TO PETITIONERS' SUMMARY JUDGMENT MOTION [31]**

14 COUNTY OF SANTA BARBARA, et al.,

15 Respondents/Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court having reviewed the parties' Joint Stipulation Regarding Evidence [Doc. # 31], and GOOD CAUSE APPEARING, the Stipulation is **APPROVED** and **IT IS HEREBY ORDERED** that during Phase I of this matter addressing Petitioners' first three causes of action for Petition for Writ of Administrative Mandate pursuant to California Code of Civil Procedure, the Parties shall rely on the administrative record previously filed with the Court on May 13, 2025 [Doc. # 13] and June 18, 2025 [Doc. # 28], plus any further augmentations permitted by the Court ("the Record"), as evidence in support of or in opposition to Petitioners' Motion for Summary Judgment (the "Motion"), and need not re-submit excerpts of the Record with their briefing.

Should the Court desire copies of excerpts of the Record relied on by the Parties after the completion of briefing on the Motion, the Court shall order the Parties to prepare and file a joint submission with said excerpts.

**IT IS SO ORDERED.**

DATED: July 11, 2025

DOLLY M. GEE
Chief United States District Judge