SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SABLE OFFSHORE CORP. et al., | Case No: 2:25-cv-04165-DMG-AGR |
|---|---|
| Petitioners/Plaintiffs, | **[PROPOSED] ORDER ON PETITIONERS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF SANTA BARBARA, et al., | |
| Respondents/Defendants. | Judge: Hon. Dolly M. Gee<br>Mag. Judge: Hon. Alicia G. Rosenberg<br>Courtroom: 8C, First St. Courthouse<br>Hearing Date: September 12, 2025<br>Hearing Time: 2:00 p.m. |
| and | |
| ENVIRONMENTAL DEFENSE CENTER, et al., | |
| Intervenors. | |

- 1 -

[PROPOSED] ORDER ON PETITIONERS' MOTION FOR SUMMARY JUDGMENT

1 | TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2 |     The Motion for Summary Judgment filed by filed by Petitioners Sable
3 | Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company
4 | (collectively "Sable") and Exxon Mobil Corporation, Mobil Pacific Pipeline
5 | Company, and ExxonMobil Pipeline Company (collectively "ExxonMobil
6 | affiliates," and with Sable, "Petitioners") came on for hearing in Courtroom 8C of
7 | this Court on September 12, 2025.

8 |     The evidence presented having been duly considered, the issues having been
9 | duly heard, and a decision having been rendered, IT IS HEREBY ORDERED
10 | AND ADJUDGED that the Petitioners' Summary Judgment is GRANTED in part
11 | on the following grounds:

12 |     The requests for judicial notice filed by Petitioners and Respondents are
13 | granted.

14 |     The Court finds that with respect to Petitioners' First Claim for Relief,
15 | Petitioners [are] [are not] entitled to issuance of a writ of mandate pursuant to
16 | Code of Civil Procedure section 1085 directing the County to transfer the permits
17 | at issue from the ExxonMobil affiliates to Sable by issuing updated permits
18 | consistent with the Planning Commission's October 30, 2025 approval of the
19 | transfers.

20 |     With respect to Petitioners' Second Claim for Relief, Petitioners are not
21 | entitled to issuance of a writ of mandate pursuant to Code of Civil Procedure
22 | section 1085 directing the Board to deny the appeals and affirm the Planning
23 | Commission's decision.

24 |     With respect to Petitioners' Third Claim for Relief, Petitioners [are] [are
25 | not] entitled to issuance of a writ of mandate pursuant to Code of Civil Procedure
26 | section 1094.5 directing the Board to make a determination on the appeals
27 | pursuant to Santa Barbara County Code Chapter 25B and to adopt findings in
28 | support of such determination.

1  Petitioners shall lodge a proposed writ of mandate consistent with this Order
2  within 14 days of the Court entering this Order.

4  **IT IS SO ORDERED.**

7  Dated: _____   _____
   DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE