LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
TARA C. RENGIFO (Bar No. 307670)
trengifo@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152

*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SABLE OFFSHORE CORP., et al.<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, et al.<br><br>Respondents/Defendants,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>Intervenors. | Case No.: 2:25-cv-04165-DMG-(AGRx)<br><br>**INTERVENORS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PETITIONERS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Dolly M. Gee<br><br>Hearing: September 12, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 8C |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 12, 2025 at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Dolly M. Gee Court in Courtroom 8C of the U.S. District Court, Central District, Western Division of California, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Environmental Defense Center ("EDC"), Get Oil Out! ("GOO!"), Santa Barbara County Action Network ("SBCAN"), Sierra Club, and Santa Barbara Channelkeeper ("SBCK") (collectively, "Intervenors") will and do hereby move the Court for summary judgment pursuant to Federal Rule of Civil Procedure 56.

Intervenors make this Cross-Motion for Summary Judgment based on this Notice of Cross-Motion for Summary Judgment and Opposition to Petitioners' Motion for Summary Judgment, and the concurrently filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, [Proposed] Order, Statement of Genuine Disputes, the Administrative Record for this matter filed by Respondents and Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors (collectively, the "Respondents") on May 13, 2025 as supplemented by Respondents on June 18, 2025 and July 2, 2025, Intervenors' Request for Judicial Notice, Declaration of Linda Krop in Support of Intervenors' Request for Judicial Notice, [Proposed] Order on Petitioners' Request for Judicial Notice, Declaration of Linda Krop in Support of Intervenors' Cross-Motion for Summary Judgment, as well as all of the pleadings, evidence, records, and other papers on file in this action, the further written and oral arguments of counsel, and such other or further argument or evidence as may be presented to the Court at or before the hearing.

Dated: August 4, 2025

*/s/ Linda Krop*
_____

LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org

TARA C. RENGIFO (Bar No. 307670)
trengifo@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Tel.: (805) 963-1622 / Fax: (805) 962-3152

*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*