LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
TARA C. RENGIFO (Bar No. 307670)
trengifo@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152

*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SABLE OFFSHORE CORP., et al.<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, et al.<br><br>Respondents/Defendants,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>Intervenors. | Case No.: 2:25-cv-04165-DMG-(AGRx)<br><br>**REVISED STIPULATION REGARDING MOTION BRIEFING SCHEDULE REGARDING MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Dolly M. Gee<br><br>Date: September 12, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 8C |

1  WHEREAS, on May 8, 2025, Petitioners and Plaintiffs Sable Offshore Corp. ("Sable Offshore"), Pacific Pipeline Company ("PPC"), and Pacific Offshore Pipeline Company ("POPCO") (collectively, "Sable") and Petitioners and Plaintiffs ExxonMobil Corporation ("ExxonMobil"), Mobil Pacific Pipeline Company ("MPPC"), and ExxonMobil Pipeline Company ("EMPCo") (collectively, "ExxonMobil affiliates") (together with Sable, "Petitioners") filed a Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages against Respondents and Defendants the County of Santa Barbara (the "County") and Santa Barbara County Board of Supervisors (the "Board") (collectively, "Respondents");

WHEREAS, on May 30, 2025, Respondents filed an Answer;

WHEREAS, on June 6, 2025, the Court bifurcated this action into Phase I and Phase II and set the following deadlines for Phase I: Petitioners' Motion for Summary Judgment with respect to Phase I is due July 3, 2025, Respondents' Response to Petitioners' Motion for Summary Judgment is due August 4, 2025, and Petitioners' Reply is due August 25, 2025;

WHEREAS, on July 3, 2025, Petitioners filed their Motion for Summary Judgment with respect to Phase I;

WHEREAS, on July 25, 2025, the Court granted a Motion to Intervene filed by Environmental Defense Center ("EDC"), Get Oil Out! ("GOO!"), Santa Barbara County Action Network ("SBCAN"), Sierra Club, and Santa Barbara Channelkeeper ("SBCK"), (collectively, "Intervenors," and together with Petitioners and Respondents, the "Parties");

WHEREAS, Intervenors will file a combined Opposition to Petitioners' Motion for Summary Judgment and Cross-Motion for Summary Judgment with respect to Phase I on August 4, 2025;

WHEREAS, Intervenors intend to honor their prior statements to the Court that they will not disrupt the current briefing schedule or hearing date of September 12, 2025, and thus, Intervenors have agreed to rely on the existing Administrative Record and not

to enlarge the issues in the case through their Cross-Motion;

WHEREAS, Petitioners will file their combined Response to Intervenors' Cross-Motion for Summary Judgment and Reply to Intervenors' Opposition to Petitioners' Motion for Summary Judgment with respect to Phase I on August 25, 2025;

WHEREAS, the Parties agree that Intervenors may file a Reply Brief regarding their Cross-Motion for Summary Judgment on August 29, 2025;

WHEREAS, the Court is scheduled to hear the Motions for Summary Judgment with respect to Phase I on September 12, 2025, at 2:00 p.m.;

IT IS THEREFORE STIPULATED by and among the Parties, who jointly request that the Court order that:

1. The Parties agree to the following revised briefing schedule for Phase I which adds a deadline for Intervenors to file a Reply in Support of their Cross-Motion for Summary Judgment with respect to Phase I:

| Matter | Joint Requested Date |
| --- | --- |
| Respondents/Defendants' Answer | June 3, 2025 |
| Petitioners/Plaintiffs' Motion for Summary Judgment with respect to Phase I issues | July 3, 2025 |
| Respondents/Defendants' Response to Petitioners/Plaintiffs' Motion for Summary Judgment | August 4, 2025 |
| Intervenors' Opposition to Petitioners/Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment with respect to Phase I issues | August 4, 2025 |
| Petitioners/Plaintiffs' Reply in Support of | August 25, 2025 |

| | |
|---|---|
| Motion for Summary Judgment and Petitioners/Plaintiffs' Response to Intervenors' Cross-Motion for Summary Judgment | |
| Intervenors' Reply in Support of Intervenors' Cross-Motion for Summary Judgment | August 29, 2025 |

2. The Parties accordingly jointly request that the Court so order the foregoing.

Dated: August 1, 2025.                    Respectfully submitted,

ENVIRONMENTAL DEFENSE CENTER

By:  /s/ Linda Krop

Linda Krop
*Attorneys for Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

LATHAM & WATKINS LLP

By:  /s/ Jessica Stebbins Bina

Jessica Stebbins Bina
*Attorneys for Plaintiffs and Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company*

O'MELVENY & MYERS LLP

By:  /s/ Lauren Kaplan

Lauren Kaplan
*Attorneys for Plaintiffs and Petitioners ExxonMobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company*

COUNTY OF SANTA BARBARA

By: /s/ Callie Patton Kim

Callie Patton Kim
*Attorneys for Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors*

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) I, Linda Krop, hereby attest that the signatories above whose signatures are indicate with and "/s/" concur in the filing's content and have authorized this filing.

Dated: August 1, 2025

By: /s/ Linda Krop

Linda Krop