# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SABLE OFFSHORE CORP., et al. | No. CV 25-04165-DMG (AGRx) |
| Petitioners/Plaintiffs, | |
| v. | **ORDER RE REVISED STIPULATION REGARDING MOTION BRIEFING SCHEDULE REGARDING MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT [44]** |
| COUNTY OF SANTA BARBARA, et al. | |
| Respondents/Defendants, | |
| and | |
| ENVIRONMENTAL DEFENSE CENTER, et al., | |
| Intervenors. | |

On August 4, 2025, the Parties filed a Revised Stipulation Regarding Motion Briefing Schedule Regarding Motion and Cross-Motion for Summary Judgment requesting that an additional deadline be added to the Parties' stipulated briefing schedule to allow Intervenors to file a Reply Brief regarding their Cross-Motion for Summary Judgment. [Doc. # 44.]

The Court, having considered the Parties' Revised Stipulation, hereby **APPROVES** the Stipulation and **ORDERS** as follows:  Intervenors shall file a Reply in Support of their Cross-Motion for Summary Judgment with respect to Phase I [Doc. # 43] by **August 29, 2025**.

DATED:  August 4, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE