LINDA KROP (Bar No. 118773)
lkrop@environmentaldefensecenter.org
JEREMY M. FRANKEL (Bar No. 344500)
jfrankel@environmentaldefensecenter.org
TARA C. RENGIFO (Bar No. 307670)
trengifo@environmentaldefensecenter.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Phone: (805) 963-1622
Fax: (805) 962-3152

*Attorneys for Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SABLE OFFSHORE CORP., et al.<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, et al.<br><br>Respondents/Defendants,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>Intervenors. | Case No.: 2:25-cv-04165-DMG-(AGRx)<br><br>**JOINT STIPULATION REGARDING INTERVENORS' REPLY IN SUPPORT OF INTERVENORS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Dolly M. Gee<br><br>Date: September 12, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 8C<br><br>*[Filed concurrently with Proposed Order]* |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7-1, Petitioners Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company ("Petitioners"), Respondents County of Santa Barbara and Santa Barbara County Board of Supervisors ("Respondents"), and Intervenors Environmental Defense Center ("EDC"), Get Oil Out! ("GOO!"), Santa Barbara County Action Network ("SBCAN"), Sierra Club, and Santa Barbara Channelkeeper ("SBCK"), (collectively, "Intervenors," and together with Petitioners and Respondents, the "Parties") hereby stipulate as follows:

WHEREAS, the Court is scheduled to hear the Motions for Summary Judgment with respect to Phase I on September 12, 2025, at 2:00 p.m.;

WHEREAS, on August 29, 2025, Intervenors filed a Reply Brief regarding their Cross-Motion for Summary Judgment;

WHEREAS, on September 5, 2025, counsel for Petitioners advised counsel for Respondents and counsel for Intervenors that Petitioners intended to file an ex parte application asserting that page 16, lines 3-8 in Intervenors' Reply should be stricken, or in the alternative, that Petitioners should be permitted to file a surreply;

WHEREAS, during the meet and confer between counsel for Intervenors and counsel for Petitioners on September 5, counsel for Intervenors agreed to strike page 16, lines 3-8 in Intervenors' Reply as it is not material to Intervenors' arguments in the Reply Brief;

IT IS THEREFORE STIPULATED by and among the Parties, who jointly request that the Court order that:

1. The Parties agree that lines 3-8 on page 16 in Intervenors' Reply in Support of their Cross-Motion for Summary Judgment with respect to Phase I (Dkt. 47) shall be stricken and not considered by the Court in ruling on Petitioners' Motion for Summary Judgment and Intervenors' Cross-Motion for Summary Judgment.

2. The Parties accordingly jointly request that the Court so order the foregoing.

Dated: September 5, 2025

Respectfully submitted,

ENVIRONMENTAL DEFENSE CENTER

By: /s/ Linda Krop

Linda Krop
*Attorneys for Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara Channelkeeper*

LATHAM & WATKINS LLP

By: /s/ Jessica Stebbins Bina

Jessica Stebbins Bina
*Attorneys for Plaintiffs and Petitioners Sable Offshore Corp., Pacific Pipeline Company, and Pacific Offshore Pipeline Company*

O'MELVENY & MYERS LLP

By: /s/ Lauren Kaplan

Lauren Kaplan
*Attorneys for Plaintiffs and Petitioners ExxonMobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company*

COUNTY OF SANTA BARBARA

By: /s/ Callie Patton Kim

Callie Patton Kim
*Attorneys for Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i) I, Linda Krop, hereby attest that the signatories above whose signatures are indicate with and "/s/" concur in the filing's content and have authorized this filing.

Dated: September 5, 2025

By: /s/ *Linda Krop*

Linda Krop