**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SABLE OFFSHORE CORP., *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA BARBARA, *et al.*, <br><br> Respondents/Defendants, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, *et al.* <br><br> Intervenors. | No. CV 25-04165-DMG (AGRx) <br><br> **ORDER APPROVING JOINT STIPULATION REGARDING INTERVENORS' REPLY IN SUPPORT OF INTERVENORS' CROSS-MOTION FOR SUMMARY JUDGMENT AND STRIKING A PORTION OF THAT REPLY [48]** |

On September 5, 2025, the Parties filed a Joint Stipulation [Doc. # 48] requesting that lines 3-8 on page 16 in Intervenors' Reply in Support of their Cross-Motion for Summary Judgment [Doc. # 47] be stricken.

The Court, having considered the Parties' Joint Stipulation, **APPROVES** the Joint Stipulation and hereby **ORDERS** as follows:

1. Lines 3-8 on page 16 in Intervenors' Reply in Support of their Cross-Motion for Summary Judgment with respect to Phase I are **HEREBY STRICKEN**. [Doc. # 47.]

DATED: September 8, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE