UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-024165-DMG (AGRx) | Date | September 12, 2025 |
| Title | Sable Offshore Corp., et al. v. County of Santa Barbara, et al. | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Derek Davis | Miriam Baird (via Zoom) |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jessica Stebbins Bina | Callie Patton Kim |
| Lauren F Kaplan | |

**Proceedings:** **Motion for Summary Judgment filed by Petitioners and Plaintiffs Pacific Offshore Pipeline Company, Pacific Pipeline Company, Sable Offshore Corp. [36]**

**Cross Motion for Summary Judgment as to First, Second, and Third Causes of Action filed by Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara Channelkeeper, Santa Barbara County Action Network, Sierra Club [43]**

The cause is called and counsel state their appearance. Also present are counsel Tara Rengifo and Linda Krop for intervenors. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motions are taken under submission and a written order will issue.

0:38