**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SABLE OFFSHORE CORP., *et al.*, | No. CV 25-4165-DMG (AGRx) |
| Petitioners/Plaintiffs, | **PEREMPTORY WRIT OF MANDATE** |
| v. | |
| COUNTY OF SANTA BARBARA, *et al.*, | |
| Respondents/Defendants, | |
| and | |
| ENVIRONMENTAL DEFENSE CENTER, *et al.* | |
| Intervenors. | |

**TO THE RESPONDENT SANTA BARBARA COUNTY BOARD OF SUPERVISORS (the "Board"):**

An order having been entered in the above-captioned action requiring that a peremptory writ of mandate issue from this Court, the Board is hereby directed and commanded upon service of this writ of mandate on the Board, to do the following:

Within 60 days of service of the writ of mandate on the Board, hold a *de novo* public hearing to affirm, reverse, or modify the Planning Commission's decision regarding Petitioners/Plaintiffs' Final Development Permit applications in this action in compliance with Santa Barbara County Code Chapter 25B-8, 9, and 10. If the Board is unable to reach a vote that affirms, reverses, or modifies the Planning Commission's decision, the Board shall hold another *de novo* public hearing within 45 days, and if unable again, every 45 days thereafter. This writ of mandate shall not control in any way such discretion as is vested in the Board.

DATED: September 12, 2025

                                                                         _____
                                                                         DOLLY M. GEE
                                                                         CHIEF U.S. DISTRICT JUDGE