1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SABLE OFFSHORE CORP., et al. | No. CV 25-4165-DMG (AGRx) |
| Petitioners/Plaintiffs, | **ORDER APPROVING JOINT STIPULATION REGARDING NOVEMBER 4, 2025 SANTA BARBARA COUNTY BOARD OF SUPERVISORS HEARING [58]** |
| v. | |
| COUNTY OF SANTA BARBARA, et al. | |
| Respondents/Defendants, | |
| and | |
| ENVIRONMENTAL DEFENSE CENTER, et al. | |
| Intervenors. | |

On October 22, 2025, the Parties filed a Joint Stipulation Regarding the November 4, 2025 Santa Barbara County Board of Supervisors Hearing (the "Stipulation"). [Doc. # 58.]

The Court, having considered the Parties' Stipulation, **APPROVES** the Stipulation and hereby **ORDERS** as follows:

If a majority of the Santa Barbara County Board of Supervisors (the "Board") does not vote to approve the staff recommendations at the November 4, 2025 hearing, the Board may, at the conclusion of the *de novo* public hearing, continue that hearing by no later than 45 days to allow for the preparation of alternative findings. There will be no further continuances of that hearing without Court order.

DATED: October 23, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE