SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents and Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA BARBARA, *et al.*, <br><br> Respondents/Defendants, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, *et al.*, <br><br> Intervenors. | Case No: 2:25-CV-4165-DGM (AGRx) <br><br> **RESPONDENTS/DEFENDANTS' RETURN TO WRIT OF MANDATE** <br><br> Judge:       Hon. Dolly M. Gee <br> Courtroom:   8C, First St. Courthouse <br><br> Complaint Filed: May 8, 2025 |

- 1 -

RESPONDENTS/DEFENDANTS' RETURN TO WRIT OF MANDATE

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

TO THE COURT:

On September 12, 2025, the Court issued a peremptory writ of mandate, which ordered Respondent Santa Barbara County Board of Supervisors ("Board") to "[w]ithin 60 days of service of the writ of mandate on the Board, hold a *de novo* public hearing to affirm, reverse, or modify the Planning Commission's decision regarding Petitioner/Plaintiffs' Final Development Permit applications in this action in compliance with Santa Barbara County Code Chapter 25B-8, 9, and 10." The writ further ordered: "If the Board is unable to reach a vote that affirms, reverses, or modifies the Planning Commission's decision, the Board shall hold another *de novo* hearing within 45 days, and if unable again, every 45 days thereafter[.]"

On October 23, 2025, the Court issued an order approving a joint stipulation filed by the parties. The order provides that if a majority of the Board did not vote to approve the staff recommendations at the required hearing, which had been scheduled for November 4, 2025, "the Board may, at the conclusion of the *de novo* public hearing, continue that hearing by no later than 45 days to allow for the preparation of alternative findings." The order directed that there would be no further continuances of that hearing without Court order.

The Board hereby files this return to notify the Court it has complied with the peremptory writ of mandate. The Board held a hearing on November 4, 2025, which was within 45 days of the Court's issuance of the peremptory writ of mandate. At the hearing, a majority of the Board did not vote to approve the staff recommendations. Consistent with the Court's October 23, 2025 order, the Board continued the hearing to December 16, 2025 to allow for the preparation of alternative findings. The Board held a hearing on December 16, 2025 and adopted findings denying the Petitioner/Plaintiff's Final Development Permit applications. Copies of the minute orders for the hearings are attached. The County is presently preparing a supplemental administrative record that includes all records related to

the aforementioned administrative proceedings, which the County will lodge with the Court within 30 days of filing this notice.

Dated:  February 5, 2026          Respectfully submitted,

                                  RACHEL VAN MULLEM
                                  COUNTY COUNSEL

                                  By: _____
                                      Callie Patton Kim
                                      Senior Deputy County Counsel
                                  Attorneys for Respondents and Defendants,
                                  COUNTY OF SANTA BARBARA and
                                  SANTA BARBARA COUNTY BOARD
                                  OF SUPERVISORS

**ATTACHMENT 1**

Case 2:25-cv-04165-DMG-AGR   Document 60   Filed 02/05/26   Page 4 of 9   Page ID
#:11267



# County of Santa Barbara
## BOARD OF SUPERVISORS
## Minute Order

### November 4, 2025

**Present:** 5 - Supervisor Lee, Supervisor Capps, Supervisor Hartmann, Supervisor Nelson, and Supervisor Lavagnino

PLANNING AND DEVELOPMENT DEPARTMENT                           File Reference No.  25-00942

**RE:** HEARING - Consider recommendations regarding the appeals of the Planning Commission approval of the Sable Offshore Corporation's Change of Owner, Operator, and Guarantor for the Santa Ynez Unit (SYU), Pacific Offshore Pipeline Company (POPCO) Gas Plant, and Las Flores Pipeline System Final Development Plan (FDP) Permits, First, Third, and Fourth, Districts, as follows: (EST. TIME: 3 HR.)

a) Deny the appeals, Case Nos. 24APL-00025 and 24APL-00026;

b) Make the required findings for approval of the Change of Owner, Operator, and Guarantor for the respective SYU, POPCO Gas Plant, and Las Flores Pipeline System FDP Permits, including California Environmental Quality Act (CEQA) findings;

c) Determine the requests are not a project pursuant to CEQA Guidelines Section 15378(b)(5); and

d) Grant de novo approval of the Change of Owner, Operator, and Guarantor for the respective SYU, POPCO Gas Plant, and Las Flores Pipeline System FDP Permits, subject to the Conditions of Approval.

COUNTY EXECUTIVE OFFICER'S RECOMMENDATION: POLICY

*HEARING TIME: 10:30 AM – 1:05 PM AND 1:39 PM – 3:26 PM (4 HR. 22 MIN.)*



# County of Santa Barbara
## BOARD OF SUPERVISORS
## Minute Order

### November 4, 2025

**Received and filed staff presentation and conducted a public hearing.**

**Cristina Sandoval, Michael Lyons, Christopher Alexander, Elizabeth Martinez, Ken Hough, Candice Meneghin, Juan Lares, Shelsey Marquez, Thomas Becker, Paasha Mahdavi , Kelsey Dowdy, Larry Bickford, Mike Umbro, Julia Bickford, Lucy Ge, Sneha Namboodiri, Ethan Maday, Alex Borgas, Milena Seymour, Lila Werland, Olivia Johnson, Mike Caldwell, Nikki Talebi, Ted Morton, Maureen Ellenberger, Ken Palley, Molly Troup, Jonathon Ullman , Aiden Maestas, Elena Danielson, Kylan Hobart, Adam Maingot, Jose Crespo, John Hochlightner, Michelle Pasini, Sasha Stevens, Aaron Stockwell, Jenna McGovern, Izzi Sistek, Pascual Morales, Chris Gankas, Evan Brown, Charlotte Pinegar, John H Steed, Jason Wall, Sophia Kofoed, Kristen Miller, Johnny McConville, Jake Twomey, Eva Lawson, Steve Balkcom, Mar Lopez, Mariah Edmonds Smith, Stephanie Katers, Bill Woodbrigde, Drew Hart, Juan Cardenas, Evie Lynn, Eric Roachell , Robert Bueno, Mati Waiya, Martin A Rodriguez, Spenser Jaimes, David Cardona, Bill Hickman, Brook Balthaser, Katie Davis and Sheri Higgins addressed the Board.**

**A motion was made by Supervisor Hartmann, seconded by Supervisor Lee, that this matter be acted on as follows: Accepted into the record the following documents: Public Comment Letter from Paasha Mahdavi dated October 31, 2025 at 1:59pm; Public Comment Letter from Noah Bolan, Heal the Ocean dated October 31,2025 at 2:43pm; Public Comment Letter from Helen Johnson dated November 2, 2025 at 9:47am; 386 Public Comment Letters from individuals via CivicHub dated October 31, 2025 between 1:18pm – 1:37pm; Public Comment Letter from Nicholas Sebastian dated November 3, 2025 at 10:11am; Public Comment Letter from Laurence Severance dated November 3, 2025 at 12:12pm; Public Comment Letter from Katie Davis dated November 3, 2025 at 12:40pm; Public Comment Letter from Elena Nirgiotis dated November 3, 2025 at 3:35pm; Public Comment Letter from Gregory Sater dated November 3, 2025 at 4:29 pm; Two (2) Public Comment Letters from Kalena Sapp dated November 3, 2025 at 5:00 pm and 5:27 pm; and Public Comment Letter from Christie Lynn dated November 3, 2025 at 11:38 pm.**

**The motion carried by the following vote:**

**Ayes:** 4 - Supervisor Lee, Supervisor Capps, Supervisor Hartmann, and Supervisor Lavagnino

**Noes:** 1 - Supervisor Nelson

**A motion was made by Supervisor Lee, seconded by Supervisor Hartmann, that this matter be continued, as follows: Tuesday, December 16, 2025 in Santa Maria, for consideration and approval of the prepared findings supporting the approval of the appeals and the denial of the Change of Owner, Operator, and Guarantor.The motion carried by the following vote:**

**Ayes:** 4 - Supervisor Lee, Supervisor Capps, Supervisor Hartmann, and Supervisor Lavagnino

**Noes:** 1 - Supervisor Nelson

**ATTACHMENT 2**



# County of Santa Barbara
## BOARD OF SUPERVISORS
### Minute Order

**December 16, 2025**

**Present:** 5 - Supervisor Lee, Supervisor Capps, Supervisor Hartmann, Supervisor Nelson, and Supervisor Lavagnino

PLANNING AND DEVELOPMENT DEPARTMENT                File Reference No. 25-01067

**RE:** HEARING - Consider recommendations regarding the appeals of the Planning Commission Approval of the Sable Offshore Corporation's Change of Owner, Operator, and Guarantor for the Santa Ynez Unit (SYU), Pacific Offshore Pipeline Company (POPCO) Gas Plant, and Las Flores Pipeline System Final Development Plan (FDP) Permits, Third, Fourth, and First Districts, as flows: (EST. TIME: 1 HR. 15 MIN.)

a) Approve the appeals, Case Nos. 24APL-00025 and 24APL-00026;

b) Make the required findings for denial of the Change of Owner, Operator, and Guarantor for the respective SYU, POPCO Gas Plant, and Las Flores Pipeline System FDP Permits;

c) Determine that denial of the requests is exempt from the California Environmental Quality Act (CEQA) pursuant to CEQA Guidelines Section 15270(a); and

d) Deny the Change of Owner, Operator, and Guarantor for the respective SYU, POPCO Gas Plant, and Las Flores Pipeline System FDP Permits.

COUNTY EXECUTIVE OFFICER'S RECOMMENDATION: POLICY

*HEARING TIME: 3:18 PM - 4:42 PM (1 HR. 24 MIN.)*

**Received and filed staff presentation and conducted a public hearing.**

**Sarah Ebe, Jonathan Ullman, Seth Steiner, Nikki Talebi, Bill Hickman, Larry Bishop, Lawanda Lyons-Pruit, Tina Calderon, Thomas Becker, Paasha Mahdavi, Patrick Kennedy, Adam Maingot, Patrice Surmeier, Greg Orr, Jason Joyce, Karin Hauenstein, Jeannie Sparks, Joyce Howerton, Ellen Bougher-Harvey, Mike Stoker, and Ted Morton addressed the Board.**

**A motion was made by Supervisor Lavagnino, seconded by Supervisor Lee, that this matter be acted on as follows: Accept into the record the following documents: Public Comment letter from Shelley Smyers and a Public Comment letter from Brandon Sparks-Gillis.**

**The motion failed for lack of the required four-fifths vote, as follows:**

**Ayes:** 3 - Supervisor Lee, Supervisor Capps, and Supervisor Lavagnino

**Noes:** 1 - Supervisor Nelson

**Recused:** 1 - Supervisor Hartmann



# County of Santa Barbara
## BOARD OF SUPERVISORS
## Minute Order

### December 16, 2025

**A motion was made by Supervisor Lavagnino, seconded by Supervisor Lee, that this matter be acted on as follows:**

**a) Approved the appeals, Case Nos. 24APL-00025 and 24APL-00026;**

**b) Made the required findings for denial of the Change of Owner, Operator, and Guarantor for the respective SYU, POPCO Gas Plant, and Las Flores Pipeline System FDP Permits;**

**c) Approved; and**

**d) Denied the Change of Owner, Operator, and Guarantor for the respective SYU, POPCO Gas Plant, and Las Flores Pipeline System FDP Permits.**

**The motion carried by the following vote:**

**Ayes:** 3 - Supervisor Lee, Supervisor Capps, and Supervisor Lavagnino

**Noes:** 1 - Supervisor Nelson

**Recused:** 1 - Supervisor Hartmann