SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents and Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, *et al.*,<br><br>Respondents/Defendants,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>Intervenors. | Case No: 2:25-CV-4165-DGM (AGRx)<br><br>**RESPONDENTS/DEFENDANTS' NOTICE REGARDING SUPPLEMENTAL ADMINISTRATIVE RECORD**<br><br>Judge:         Hon. Dolly M. Gee<br>Courtroom:  8C, First St. Courthouse<br><br>Complaint Filed: May 8, 2025 |

//
//
//
//
//

- 1 -

RESPONDENTS/DEFENDANTS' NOTICE REGARDING SUPPLEMENTAL ADMINISTRATIVE RECORD

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

TO THE COURT, PETITIONERS/PLAINTIFFS, INTERVENORS, AND THEIR COUNSEL OF RECORD:

Please take notice that Respondents/Defendants will file the supplemental administrative record within 30 days of the filing of Petitioners/Plaintiffs' Amended and Supplemental Complaint and Petition for Writ of Mandate.

Respondents/Defendants filed a Return to Writ of Mandate on February 5, 2026, which stated the supplemental administrative record would be filed 30 days thereafter—i.e. on March 9, 2026.  On February 9, 2026, Petitioners/Plaintiffs filed a notice of intent to file an Amended and Supplemental Complaint and Petition for Writ of Mandate ("Amended Complaint") no later than March 16, 2026.  To ensure the supplemental administrative record is complete, Respondents/Defendants will file the supplemental administrative record within 30 days of the filing of the Amended Complaint, rather than on or before March 9, 2026 as previously indicated.

Dated:  March 4, 2026

Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL

By: _____
Callie Patton Kim
Senior Deputy County Counsel
Attorneys for Respondents and Defendants,
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY BOARD OF SUPERVISORS