1  LATHAM & WATKINS LLP
     Jessica Stebbins Bina (Bar No. 248485)
2     *jessica.stebbinsbina@lw.com*
   10250 Constellation Blvd. Suite 1100
3  Los Angeles, CA 90067
   Telephone: +1 424.653.5500
4  Facsimile: +1 424.653.5501

5  Attorneys for Petitioners Sable Offshore
   Corp., Pacific Pipeline Company, and Pacific
6  Offshore Pipeline Company

7  O'MELVENY & MYERS LLP
     Dawn Sestito (Bar No. 214011)
8     *dsestito@omm.com*
     Lauren Kaplan (Bar No. 294703)
9     *lkaplan@omm.com*
   400 South Hope Street, 19th Floor
10 Los Angeles, California 90071
   Telephone: +1 213.430.6000
11 Facsimile: +1 213.430.6407

12 Attorneys for Petitioners and Plaintiffs Exxon
   Mobil Corporation, Mobil Pacific Pipeline
13 Company, and ExxonMobil Pipeline
   Company

14

**UNITED STATES DISTRICT COURT**
15 **CENTRAL DISTRICT OF CALIFORNIA**

16 **WESTERN DIVISION**

17 SABLE OFFSHORE CORP., et al.          CASE NO. 2:25-cv-04165-DMG-AGR

18         Petitioners/Plaintiffs,         **JOINT STIPULATION TO FILE
                                           AMENDED AND SUPPLEMENTAL**
19     v.                                  **VERIFIED PETITION FOR WRIT OF
                                           MANDATE AND COMPLAINT FOR**
20                                         **DECLARATORY RELIEF AND
                                           DAMAGES AND PROPOSED**
21 COUNTY OF SANTA BARBARA,               **SCHEDULE**
   et al.
22                                         Complaint Filed: May 8, 2025
         Respondents/Defendants,
23

24     and

25

26 ENVIRONMENTAL DEFENSE
   CENTER, et al.
27
         Intervenors.
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:25-cv-04165-DMG-AGR
STIPULATION TO FILE AMENDED AND
SUPPLEMENTAL PETITION AND COMPLAINT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 7-1, Petitioners and Plaintiffs Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company (collectively, "Petitioners"), Respondents and Defendants the County of Santa Barbara and Santa Barbara County Board of Supervisors ("Respondents" or "County"), and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara County Channelkeeper (collectively, "Intervenors," and together with Petitioners and Respondents, the "Parties") hereby stipulate as follows:

WHEREAS, Petitioners commenced this action on May 8, 2025;

WHEREAS, on September 12, 2025, the Court issued a peremptory writ of mandate directing the Board of Supervisors to hold a public hearing within 60 days of service of the writ to affirm, reverse, or modify the Planning Commission's decision regarding Petitioners' applications for Change of Owner, Operator, and Guarantor for the Facilities in compliance with Santa Barbara County Code Chapter 25B, and further directing that if the Board is unable to reach a vote, the Board shall hold another hearing within 45 days, and if unable again, every 45 days thereafter;

WHEREAS, on October 22, 2025, the Parties filed a Joint Stipulation notifying the Court that the County Board of Supervisors set the required hearing for November 4, 2025;

WHEREAS, the Board held a hearing on November 4, 2025, at which a majority of the Board did not vote to approve the staff recommendations;

WHEREAS, consistent with the Court's October 23, 2025 order, the Board continued the hearing to December 16, 2025 to allow for the preparation of alternative findings;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

1

CASE NO. 2:25-cv-04165-DMG-AGR
STIPULATION TO FILE AMENDED AND
SUPPLEMENTAL PETITION AND COMPLAINT

1    WHEREAS, the Board held a hearing on December 16, 2025 and adopted

2  findings denying Petitioners' applications for Change of Owner, Operator and

3  Guarantor for the Facilities;

4    WHEREAS, on February 5, 2026, Respondents filed a Return to Writ of

5  Mandate stating that the Board had complied with the Writ;

6    WHEREAS, on February 9, 2026, Petitioners filed a Notice of Intent to File

7  Amended and Supplemental Complaint and Petition for Writ of Mandate, stating

8  that Petitioners disagree that the County complied in full with the Court's Writ of

9  Mandate and intend to file an Amended and Supplemental Complaint and Petition

10  for Writ of Mandate;

11    WHEREAS, on March 4, 2026, Respondents filed a Notice Regarding

12  Supplemental Administrative Record stating that Respondents will file the

13  supplemental administrative record within 30 days of the filing of Petitioners

14  Amended and Supplemental Complaint;

15    WHEREAS, Defendants and Intervenors anticipate filing a motion to

16  bifurcate the case so that the causes of action related to writ of mandamus issues will

17  be decided first before the other claims, similar to the way this case was previously

18  handled.

19  **IT IS THEREFORE STIPULATED** by and among the Parties, who jointly

20  request that the Court issue an order that:

21    Petitioners may file their Verified Amended and Supplemental Petition for

22  Writ of Mandate and Complaint for Declaratory Relief and Damages without

23  seeking leave of Court pursuant to Federal Rule of Civil Procedure 15(a)(2);

24    Petitioners shall file their Verified Amended and Supplemental Petition for

25  Writ of Mandate and Complaint for Declaratory Relief and Damages on or before

26  March 16, 2026;

27    The Parties shall meet and confer regarding a proposed briefing schedule for

28  the motion to bifurcate and responses to the Verified Amended and Supplemental

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

CASE NO. 2:25-cv-04165-DMG-AGR
STIPULATION TO FILE AMENDED AND
SUPPLEMENTAL PETITION AND COMPLAINT

1  Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages

2  and shall file such proposed schedule with the Court no later than the 14th day

3  following Petitioners' filing of the Verified Amended and Supplemental Petition for

4  Writ of Mandate and Complaint for Declaratory Relief and Damages.  If the Parties

5  are unable to agree to a proposed briefing schedule, the Parties shall file separate

6  proposals with the Court for the Court's decision.  No deadlines for motions or

7  responsive pleadings shall apply until the Court either accepts the Parties' joint

8  proposed briefing schedule or orders all Parties to comply with one of the Parties'

9  individual proposals;

10      Respondents shall file the supplemental administrative record within 30 days

11  of the filing of Petitioners' Amended and Supplemental Petition for Writ of Mandate

12  and Complaint for Declaratory Relief and Damages;

13      The Parties accordingly jointly request that the Court so order the foregoing.

14

15  March 13, 2026                          Respectfully submitted,

16                                          LATHAM & WATKINS LLP

17                                          By:  /s/*Jessica Stebbins Bina*
                                                 Jessica Stebbins Bina

18                                          Attorneys for Plaintiffs and
19                                          Petitioners Sable Offshore Corp.,
                                            Pacific Pipeline Company, and Pacific
20                                          Offshore Pipeline Company

21                                          O'MELVENY & MYERS LLP

22
                                            By:  /s/*Laura Kaplan*
23                                               Lauren Kaplan (Bar No. 294703)
                                                 lkaplan@omm.com
24                                               Dawn Sestito (Bar No. 214011)
                                                 dsestito@omm.com

25                                          Attorneys for Petitioners and
26                                          Plaintiffs Exxon Mobil Corporation,
                                            Mobil Pacific Pipeline Company, and
27                                          ExxonMobil Pipeline Company

28                                          ENVIRONMENTAL DEFENSE CENTER

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

3

CASE NO. 2:25-cv-04165-DMG-AGR
STIPULATION TO FILE AMENDED AND
SUPPLEMENTAL PETITION AND COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/*Linda Krop*
_____

Linda Krop
Attorneys for Intervenors
Environmental Defense Center, Get
Oil Out!, Santa Barbara County
Action Network, Sierra Club, and
Santa Barbara Channelkeeper

COUNTY OF SANTA BARBARA
By: _/s/*Callie Patton Kim*_____

Callie Patton Kim
*Attorneys for Defendants County of
Santa Barbara and Santa Barbara
County Board of Supervisors*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
CENTURY CITY

4

CASE NO. 2:25-cv-04165-DMG-AGR
STIPULATION TO FILE AMENDED AND
SUPPLEMENTAL PETITION AND COMPLAINT

1

## **ATTESTATION STATEMENT**

2      I, Jessica Stebbins Bina, am the ECF User whose identification and password

3   are being used to file this Joint Stipulation to File Amended and Supplemental

4   Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and

5   Damages and Proposed Schedule.  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest

6   that all other signatories listed, and on whose behalf the filing is submitted, concur

7   in the filing's content and have authorized the filing.

8

9                                          /s/*Jessica Stebbins Bina*
                                           Jessica Stebbins Bina
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS┗┗ᴘ
ATTORNEYS AT LAW
CENTURY CITY

5

CASE NO. 2:25-cv-04165-DMG-AGR
STIPULATION TO FILE AMENDED AND
SUPPLEMENTAL PETITION AND COMPLAINT