SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents and Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., *et al.*,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, *et al.*,<br><br>Respondents/Defendants,<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, *et al.*,<br><br>Intervenors. | Case No: 2:25-CV-4165-DGM (AGRx)<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR RULE 12 MOTIONS**<br><br>Judge:        Hon. Dolly M. Gee<br>Courtroom:    8C, First St. Courthouse<br><br>Complaint Filed:  May 8, 2025 |

WHEREAS, on March 16, 2026, Petitioners and Plaintiffs Sable Offshore Corp. ("Sable Offshore"), Pacific Pipeline Company ("PPC"), and Pacific Offshore Pipeline Company ("POPCO") (collectively, "Sable") and Petitioners and Plaintiffs Exxon Mobil Corporation ("ExxonMobil"), Mobil Pacific Pipeline

Company ("MPPC"), and ExxonMobil Pipeline Company ("EMPCo") (collectively, "ExxonMobil affiliates") (together with Sable, "Petitioners") filed an Amended and Supplemental Verified Petition for Writ of Mandate and Complaint for Declaratory and Damages ("Amended Complaint") against Respondents and Defendants the County of Santa Barbara and Santa Barbara County Board of Supervisors ("Respondents") and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara County Channelkeeper (collectively, "Intervenors," and together with Petitioners and Respondents, the "Parties");

WHEREAS, Respondents and Intervenors anticipate filing motions pursuant to Federal Rule of Civil Procedure Rule 12 if they are unable to resolve their disputes at a conference of counsel pursuant to Local Rule 7-3;

WHEREAS, in the interest of efficiency and economy, the Parties have met and conferred and agreed to the following briefing schedule for any Rule 12 motions.

IT IS THEREFORE STIPULATED by and among the Parties to all actions, and jointly requested that the Court order that:

1.      The Parties agree to the following schedule:

| Matter | Joint Requested Date |
|---|---|
| Respondents/Defendants' and Intervenors Rule 12 Motions or Answers | April 30, 2026 |
| Petitioners/Plaintiffs' Oppositions to any Rule 12 Motions | May 27, 2026 |
| Respondents/Defendants' and Intervenors Replies in Support of any Rule 12 Motions | June 17, 2026 |

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

- 2 -
STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR RULE 12 MOTIONS

| Hearing on any Rule 12 Motions | July 10, 2026 or as soon thereafter as the matter may be heard.   The parties are unavailable June 26, July 3, and July 17. |
|---|---|

2.      The Parties agree that any party, individually or collectively, may seek leave of the Court to change the foregoing dates for good cause.

3.      The Parties agree to meet and confer again and file another proposed schedule with the Court no later than the 14th day following either a ruling on the Rule 12 motions or, if no Rule 12 motions are filed, the filing of answers.

4.      The Parties accordingly jointly request that the Court so order the foregoing.

Dated:  March 27, 2026                Respectfully submitted,

COUNTY OF SANTA BARBARA

By: /s/ Callie Patton Kim _____
        Callie Patton Kim
        ckim@countyofsb.org
        105 E. Anapamu St., Suite 201
        Santa Barbara, CA 93101
        Tel : (805) 568-2950
        Fax : (805) 568-2982

*Attorneys for Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors*

*SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950*

- 3 -
STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR RULE 12 MOTIONS

ENVIRONMENTAL DEFENSE
CENTER

By:  /s/ Linda Krop_____
    Linda Krop

 *Attorneys for Intervenors
Environmental Defense Center, Get Oil
Out!, Santa Barbara County Action
Network, Sierra Club, and Santa
Barbara Channelkeeper*

LATHAM & WATKINS LLP

By: /s/ Jessica Stebbins Bina_____
    Jessica Stebbins Bina
    10250 Constellation Blvd., Suite
    1100
    Los Angeles, CA 90067
    Tel.: (424) 653-5500
    Fax: (424) 653-5501

 *Attorneys for Plaintiffs and
Petitioners Sable Offshore Corp.,
Pacific Pipeline Company, and
Pacific Offshore Pipeline Company*

O'MELVENY & MYERS LLP

By : /s/ Lauren Kaplan_____
    Lauren Kaplan

 *Attorneys for Plaintiffs and
Petitioners Exxon Mobil
Corporation, Mobil Pacific Pipeline
Company, and ExxonMobil Pipeline
Company*

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

- 4 -

STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR RULE 12 MOTIONS

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) I, Callie Patton Kim, hereby attest that the signatories above whose signatures are indicate with and "/s/" concur in the filing's content and have authorized this filing.

Dated:  March 27, 2026

By: /s/  Callie Patton Kim
Callie Patton Kim

STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE FOR RULE 12 MOTIONS