SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents and Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP., *et al.*, <br><br> Plaintiffs/Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA BARBARA, *et al.*, <br><br> Respondents/Defendants, <br><br> and <br><br> ENVIRONMENTAL DEFENSE CENTER, *et al.*, <br><br> Intervenors. | Case No: 2:25-CV-4165-DMG (AGRx) <br><br> **COUNTY DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT IN PART** <br><br> Judge:        Hon. Dolly M. Gee <br> Courtroom:    8C, First St. Courthouse <br><br> Hearing:  July 10, 2026 <br><br> Time: 9:30 a.m. <br><br> Complaint Filed:  May 8, 2025 |

*SANTA BARBARA*
*COUNTY COUNSEL*
*105 E. Anapamu Street, #201*
*Santa Barbara, CA 93101*
*(805) 568-2950*

- 1 -
DEFENDANTS' NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT** on July 10, 2026 at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 8C, of the above-entitled court, located in the First Street U.S. Courthouse at 350 W. 1st St., Los Angeles, California, Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors ("County") will and hereby do move the Court to dismiss the Fifth, Sixth, Seventh, and Eighth causes of action in the Amended and Supplemental Verified Petition for Writ of Mandate and Complaint for Declaratory and Damages ("Complaint") filed by Plaintiffs Sable Offshore Corp. ("Sable"), Pacific Pipeline Company ("PPC"), and Pacific Offshore Pipeline Company ("POPCO") (collectively, "Sable") and Plaintiffs Exxon Mobil Corporation ("Exxon"), Mobil Pacific Pipeline Company ("MPPC"), and ExxonMobil Pipeline Company ("EMPCo") (collectively, "Exxon") (together with Sable, "Plaintiffs"). The motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on grounds that the causes of action fail to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion will be based on this notice of motion and motion, the accompanying memorandum of points and authorities filed herewith, the pleadings and papers on file, and upon such matters as may be presented to the Court at the time of the hearing.

### Compliance with Local Rule 7-3

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place via videoconference on April 23, 2026.

Dated: April 29, 2026

Respectfully submitted,
RACHEL VAN MULLEM
COUNTY COUNSEL
By: /S/ - Callie Patton Kim
Callie Patton Kim, Attorneys for Defendants
COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY BOARD OF SUPERVISORS

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

- 2 -

DEFENDANTS' NOTICE OF MOTION TO DISMISS