SANTA BARBARA COUNTY COUNSEL
RACHEL VAN MULLEM, County Counsel
CALLIE KIM, Deputy County Counsel (SBN 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, California 93101
Telephone (805) 568-2950 / Fax (805) 568-2982
E-mail: ckim@countyofsb.org

Attorneys for Respondents and Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY
BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP. et al.<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, et al<br><br>Respondents/Defendants.<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>Intervenors. | Case No: 2:25-cv-04165-DMG-AGR<br><br>**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT IN PART**<br><br>Judge:           Hon. Dolly M. Gee<br>Courtroom:      8C, First St. Courthouse<br><br>Hearing:  July 10, 2026<br><br>Time: 9:30 a.m.<br><br>Complaint Filed:  May 8, 2025 |

## REQUEST TO TAKE JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors respectfully request that the Court take judicial notice of the document listed below for the purpose of determining whether the allegations in the complaint are sufficient to show the

- 1 -

*SANTA BARBARA COUNTY COUNSEL*
*105 E. Anapamu Street, #201*
*Santa Barbara, CA 93101*
*(805) 568-2950*

denial of the permit transfers has deprived Plaintiffs of all economic use of their property.

Federal Rule of Evidence 201 governs judicial notice of adjudicative facts. Fed. R. Evid. 201(a). "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "The court must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201 (c)(2).

"Documents publicly filed with the SEC are subject to judicial notice." *Alghazwi v. Beauty Health Co.*, 801 F. Supp. 3d 982, 1000 (C.D. Cal. 2025). SEC filings can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). "SEC filings 'should be considered only for the purpose of determining what statements the documents contain, not to prove the truth of the documents' contents.'" *Alghazwi*, 801 F. Supp. 3d at 1000.

The following document therefore may be judicially noticed:

1. A true and correct copy of Sable Offshore Corp.'s Form 8-K report dated March 13, 2026, attached to the Declaration of Callie Kim as **Exhibit 1**. This document may be found on Sable's official website at: https://sableoffshore.com/financials/sec-filings/default.aspx.

Dated: April 29, 2026                    Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL


By: /S/ - Callie Patton Kim
    Callie Patton Kim
    Senior Deputy County Counsel
Attorneys for Respondents and Defendants,
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY BOARD
OF SUPERVISORS

SANTA BARBARA
COUNTY COUNSEL
105 E. Anapamu Street, #201
Santa Barbara, CA 93101
(805) 568-2950

- 2 -

COUNTY'S REQUEST TO TAKE JUDICIAL NOTICE