LATHAM & WATKINS LLP
 Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

Attorneys for Petitioners Sable Offshore
Corp., Pacific Pipeline Company, and Pacific
Offshore Pipeline Company

O'MELVENY & MYERS LLP
   Dawn Sestito (Bar No. 214011)
   *dsestito@omm.com*
   Lauren Kaplan (Bar No. 294703)
   *lkaplan@omm.com*
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone:  +1 213.430.6000
Facsimile:  +1 213.430.6407

Attorneys for Petitioners and Plaintiffs Exxon
Mobil Corporation, Mobil Pacific Pipeline
Company, and ExxonMobil Pipeline
Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP. et al., | CASE NO. 2:25-cv-04165-DMG-AGR |
| Petitioners/Plaintiffs, | **STIPULATION TO FILE CONSOLIDATED BRIEF IN OPPOSITION TO RESPONDENTS' AND INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |
| v. | |
| COUNTY OF SANTA BARBARA et al., | |
| Respondents/Defendants. | Complaint Filed:  May 8, 2025 |
| and | Date:     July 10. 2026 |
| ENVIRONMENTAL DEFENSE CENTER, et al. | Time:     9:30 a.m.<br>Ctrm.:    8C<br>Judge:    Dolly M. Gee |
| Intervenors. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

CASE NO. 2:25-cv-04165-DMG-AGR
STIP. TO FILE CONS. BRIEF

**WHEREAS,** Petitioners and Plaintiffs Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company (collectively, "Petitioners"), Defendants the County of Santa Barbara and the Santa Barbara County Board of Supervisors (collectively, the "County Defendants"), and Intervenor-Defendants the Environmental Defense Center, Get Oil Out!, the Santa Barbara County Action Network, the Sierra Club, and the Santa Barbara Channelkeeper (collectively, the "Intervenor Defendants" and together with the County Defendants, "Defendants"), stipulate and consent to the relief sought, as indicated by the signatures of their respective counsel below;

**WHEREAS,** Petitioners filed their First Amended Complaint against Defendants on March 16, 2026.  ECF 64.

**WHEREAS,** the County Defendants filed a Memorandum of Law in support of their Motion to Dismiss on March 29, 2026.  ECF 69-1.

**WHEREAS,** the Intervenor Defendants filed a Memorandum of Law in support of their Motion to Dismiss on March 30, 2026.  ECF 70-1.

**WHEREAS,** counsel for all Parties met and conferred via emails on May 21, 2026 regarding Petitioners filing one consolidated Opposition to the two foregoing Motions to Dismiss, up to 14,000 words, rather than filing two separate oppositions of up to 7,000 words each.

**WHEREAS,** counsel for Defendants do not oppose Petitioners filing one consolidated Opposition to the two Motion to Dismiss, up to 14,000 words.

**WHEREAS,** Petitioners believe that filing one consolidated Opposition to the foregoing motions will promote efficiency and obviate the need to address overlapping arguments among the pending Motions.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, that, subject to the Court's approval:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CENTURY CITY

1

CASE NO. 2:25-cv-04165-DMG-AGR
STIP. TO FILE CONS. BRIEF

1. Petitioners shall be permitted to file one consolidated Opposition to the two pending Motions to Dismiss, up to 14,000 words (exclusive of captions, tables of contents and authorities, and signatures).

2. Defendants shall not be precluded from filing separate replies in support of their pending Motions to Dismiss, as may be applicable according to the original motion filings.

May 26, 2026        Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/*Jessica Stebbins Bina*
Jessica Stebbins Bina

Attorneys for Plaintiffs and
Petitioners Sable Offshore Corp.,
Pacific Pipeline Company, and Pacific
Offshore Pipeline Company

O'MELVENY & MYERS LLP

By:  /s/*Lauren F. Kaplan*
Lauren F. Kaplan (Bar No. 294703)
*lkaplan@omm.com*
Dawn Sestito (Bar No. 214011)
*dsestito@omm.com*

Attorneys for Petitioners and
Plaintiffs Exxon Mobil Corporation,
Mobil Pacific Pipeline Company, and
ExxonMobil Pipeline Company

ENVIRONMENTAL DEFENSE CENTER
By: /s/*Linda Krop*

Linda Krop
Attorneys for Intervenors
Environmental Defense Center, Get
Oil Out!, Santa Barbara County
Action Network, Sierra Club, and
Santa Barbara Channelkeeper

COUNTY OF SANTA BARBARA

By: _/s/*Callie Patton Kim*_____
Callie Patton Kim
*Attorneys for Defendants County of Santa Barbara and Santa Barbara County Board of Supervisors*

## **ATTESTATION STATEMENT**

I, Jessica Stebbins Bina, am the ECF User whose identification and password are being used to file this Stipulation to File Consolidated Brief in Opposition to Respondents' and Intervenors' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/*Jessica Stebbins Bina*_____
Jessica Stebbins Bina