# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP. et al.,<br><br>    Petitioners/Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA BARBARA et al.,<br><br>    Respondents/Defendants,<br><br>   and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>    Intervenors. | No. CV 25-4165-DMG (AGRx)<br><br>**ORDER ON JOINT STIPULATION TO FILE CONSOLIDATED BRIEF IN OPPOSITION TO RESPONDENTS' AND INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [71]** |

Petitioners and Plaintiffs Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company (collectively, "Petitioners"), Respondents and Defendants the County of Santa Barbara and Santa Barbara County Board of Supervisors (the "County Defendants"), and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara County Channelkeeper (collectively, "Intervenor Defendants," and together with Petitioners and Respondents, the "Parties") have filed a Joint Stipulation to File Consolidated Brief in Opposition to Respondents' Motion to Dismiss [Doc. # 69] and Intervenors' Motion to Dismiss [Doc. # 70].  [Doc. # 71 ("Stipulation").]

The Court having reviewed and considered the Stipulation, and for good cause shown, **APPROVES** the Stipulation and **ORDERS** that Petitioners may file one consolidated Opposition to the two foregoing Motions to Dismiss, up to 14,000 words (exclusive of captions, tables of contents and authorities, and signatures).

DATED:  May 26, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2