# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP. et al.,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA et al.,<br><br>Respondents/Defendants.<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>Intervenors. | CASE NO. 2:25-cv-04165-DMG-AGR<br><br>**[PROPOSED] ORDER ON PETITIONERS' CONSOLIDATED OPPOSITION TO RESPONDENTS' AND INTERVENORS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Complaint Filed:  May 8, 2025<br><br>Date:      July 10, 2026<br>Time:     9:30 a.m.<br>Ctrm.:    8C<br>Judge:    Dolly M. Gee |

On April 29, 2026, Respondents and Defendants the County of Santa Barbara and Santa Barbara County Board of Supervisors (the "County Defendants") filed their motion to dismiss (ECF 69) Petitioners and Plaintiffs Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company (collectively, "Petitioners")'s First Amended Complaint (ECF 64).  On April 30, 2026, Intervenor-Defendants the Environmental Defense Center, Get Oil Out!, the Santa Barbara County Action Network, the Sierra Club, and the Santa Barbara Channelkeeper (collectively, the "Intervenor Defendants" and together with the County Defendants, "Defendants"), filed their motion to dismiss Petitioners' First Amended Complaint (ECF 70).  On May 27, 2026, Petitioners filed a consolidated opposition to the two motions to dismiss (ECF 73).

This Court, having considered Defendants' motions to dismiss, Petitioners' opposition, and all additional papers filed by all Parties and any oral argument heard, hereby **DENIES** Defendants' Motions.

**IT IS SO ORDERED.**

Dated: _____          _____
                                              Hon. DOLLY M. GEE
                                              Chief United States District Judge

CASE NO. 2:25-cv-04165-DMG-AGR
[PROPOSED] ORDER ON MOTION TO DISMISS