UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    LA CV 25-04165-DMG (CTSx)                    Date: July 10, 2026

Title    Sable Offshore Corp., et al. v. County of Santa Barbara, et al.

Present: The Honorable:    Dolly M. Gee, Chief United States District Judge

| Nicholas Huynh | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | Attorneys Present for Intervenors: |
|---|---|---|
| Jessica Stebbins Bina<br>Lauren F Kaplan | Callie Patton Kim | Tara Rengifo<br>Linda Krop |

**Proceedings:    Motion to Dismiss Complaint in Part [69]**

**Motion Dismiss Seventh Cause of Action filed by Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara Channelkeeper, Santa Barbara County Action Network, Sierra Club [70]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motions will be taken under submission and a written order will issue.

1:26

---