LATHAM & WATKINS LLP
 Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

*Attorneys for Petitioners Sable Offshore
Corp., Pacific Pipeline Company, and Pacific
Offshore Pipeline Company*

O'MELVENY & MYERS LLP
    Dawn Sestito (Bar No. 214011)
    *dsestito@omm.com*
    Lauren Kaplan (Bar No. 294703)
    *lkaplan@omm.com*
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone:  +1 213.430.6000
Facsimile:  +1 213.430.6407

*Attorneys for Petitioners and Plaintiffs Exxon
Mobil Corporation, Mobil Pacific Pipeline
Company, and ExxonMobil Pipeline
Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE CORP. et al.,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA et al.,<br><br>Respondents/Defendants.<br><br>and<br><br>ENVIRONMENTAL DEFENSE CENTER, et al.<br><br>Intervenors. | CASE NO. 2:25-cv-04165-DMG-CTS<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE REGARDING SABLE'S MOTION TO ALTER OR AMEND JUDGMENT AND RESPONDENTS' AND INTERVENORS' FORTHCOMING MOTIONS TO DISMISS**<br><br>Complaint Filed:  May 8, 2025<br><br>Date:     October 9, 2026<br>Time:     9:30 a.m.<br>Ctrm.:    8C<br>Judge:    Dolly M. Gee |

Pursuant to Local Rule 7-1, Petitioners and Plaintiffs Sable Offshore Corp., Pacific Pipeline Company, Pacific Offshore Pipeline Company, ("Sable") Exxon Mobil Corporation, Mobil Pacific Pipeline Company, and ExxonMobil Pipeline Company (the "Exxon Mobil affiliates," and together with Sable, "Petitioners"), Respondents and Defendants the County of Santa Barbara and Santa Barbara County Board of Supervisors (the "County Respondents"), and Intervenors Environmental Defense Center, Get Oil Out!, Santa Barbara County Action Network, Sierra Club, and Santa Barbara County Channelkeeper (collectively, "Intervenor Respondents," with the County Respondents, "Respondents," and together with Petitioners and County Respondents, the "Parties"), hereby stipulate and jointly move as follows:

1. On August 11, 2026, Sable filed a Motion to Alter or Amend Judgment, Dkt. No. 87.

2. At the meet-and-confer for that Motion, counsel for Respondents indicated that they would be filing motions to dismiss regarding Petitioners and Plaintiffs' Second Amended Supplemental Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages, Dkt. No. 86.

3. The Parties wish to establish an orderly briefing schedule allowing both motions to be briefed and heard simultaneously.

4. The Parties agree that Respondents shall file their oppositions to Sable's Motion to Alter or Amend Judgment by September 11, 2026, and Sable shall file its reply brief in further support of its Motion to Alter or Amend Judgment by September 25, 2026.

5. Respondents shall file their motions to dismiss regarding Petitioners and Plaintiffs' Second Amended Supplemental Verified Petition for Writ of Mandate and Complaint for Declaratory Relief and Damages by August 25, 2026 consistent with this Court's order dated July 14, 2026. Dkt. No. 83. The Parties agree that Petitioners and Plaintiffs shall file their oppositions to Respondents' motions to dismiss by September 15, 2026. Respondents shall file their reply briefs in further

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:25-cv-04165-DMG-CTS
JOINT STIPULATION TO SET BRIEFING
SCHEDULE

support of their motions to dismiss by September 29, 2026.

6. The Parties agree that the hearings for both motions shall be noticed for October 9, 2026, at 9:30 a.m.

7. The Parties submit that there is good cause to grant this stipulation and appreciate the Court's consideration.

Dated: August 11, 2026                    Respectfully submitted,

                                          LATHAM & WATKINS LLP

                                          By: /s/*Jessica Stebbins Bina*
                                          Jessica Stebbins Bina
                                          10250 Constellation Blvd., Suite 1100
                                          Los Angeles, CA 90067
                                          Tel.: (424) 653-5500
                                          Fax: (424) 653-5501

                                          Attorney for Plaintiffs and Petitioners
                                          Sable Offshore Corp., Pacific Pipeline
                                          Company, and Pacific Offshore
                                          Pipeline Company

Dated: August 11, 2026                    Respectfully submitted,

                                          O'MELVENY & MYERS LLP

                                          By: /s/*Lauren F. Kaplan*
                                          Lauren F. Kaplan (Bar No. 294703)
                                          400 South Hope Street, 19th Floor
                                          Los Angeles, CA 90071
                                          Telephone: +1 213.430.6000
                                          Facsimile: +1 213.430.6407

                                          Attorney for Petitioners and Plaintiffs
                                          Exxon Mobil Corporation, Mobil Pacific
                                          Pipeline Company, and ExxonMobil
                                          Pipeline Company

Dated: August 11, 2026                    Respectfully submitted,

                                          SANTA BARBARA COUNTY COUNSEL

                                          By: /s/*Callie Patton Kim*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:25-cv-04165-DMG-CTS
JOINT STIPULATION TO SET BRIEFING
SCHEDULE

Callie Patton Kim (Bar No. 257213)
105 East Anapamu Street, Suite 201
Santa Barbara, CA 93101
Telephone:  +1 805.568.2950
Facsimile:   +1 805.568.2982

Attorney for Respondents and
Defendants County of Santa Barbara
and Santa Barbara County Board of
Supervisors

Dated: August 11, 2026

Respectfully submitted,

ENVIRONMENTAL DEFENSE
CENTER

By: /s/*Linda Krop*

Linda Krop (Bar No. 118773)
906 Garden Street
Santa Barbara, CA 93101
Telephone:  +1 805.963.1622
Facsimile:   +1 805.962.3152

Attorney for Proposed Intervenors
Environmental Defense Center, Get
Oil Out!, Santa Barbara County
Action Network, Sierra Club, and
Santa Barbara Channelkeeper

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 2:25-cv-04165-DMG-CTS
JOINT STIPULATION TO SET BRIEFING
SCHEDULE

## **ATTESTATION STATEMENT**

I, Jessica Stebbins Bina, am the ECF User whose identification and password are being used to file this Joint Stipulation to Set Briefing Schedule Regarding Sable's Motion to Alter or Amend Judgment and Respondents' Motions to Dismiss. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/*Jessica Stebbins Bina*
Jessica Stebbins Bina

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

4

CASE NO. 2:25-cv-04165-DMG-CTS
JOINT STIPULATION TO SET BRIEFING
SCHEDULE